**Exhibit A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIDDLESEX COUNTY RETIREMENT
SYSTEM, on behalf of itself and all others similarly
situated,

                          Plaintiff,

vs.

SEMTECH CORP., JOHN D. POE, JASON L.
CARLSON, MOHAN R. MAHESWARAN,
DAVID G. FRANZ, JR., and JOHN M.
BAUMANN,

                          Defendants.

Case No. 07CIV7183

## CERTIFICATION OF NAMED PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

Mississippi Public Employees' Retirement System ("Mississippi PERS" or "Plaintiff") by its counsel, Special Assistant Attorney General George W. Neville, declares under penalty of perjury that to the best of its knowledge:

1.    I have reviewed a complaint against Semtech Corporation asserting claims under the federal securities laws.

2.    The Attorney General of the State of Mississippi has authorized the filing of a lead plaintiff motion on behalf of Mississippi PERS by Baron & Budd, P.C.

3.    Mississippi PERS did not purchase the security that is the subject of this action at the direction of Plaintiff's Counsel or in order to participate in this action or any other litigation

under the federal securities laws.

4.    Mississippi PERS is willing to serve as a representative party on behalf of the class, including providing testimony at trial and deposition, if necessary.  Plaintiff is willing to serve as a lead plaintiff, either individually or as part of a group, as a representative party who acts on behalf of other class members in directing the action.

5.    Mississippi PERS' transactions in Semtech securities during the Class Period are attached hereto as Exhibit A.

6.    During the three years prior to the date of this Certification, Mississippi PERS served as a representative party (but not a lead plaintiff) for a class in an action filed under the federal securities laws as detailed below:

*In re Cigna Corp. Securities Litigation*

7.    Mississippi PERS is currently serving as Lead Plaintiff in the following private actions arising under the federal securities laws:

*In re Delphi Corporation Securities Litigation, No. 05-MD-1725 (E.D. Mich.)*
*Mayer v. Converium Holding AG, No. 1:04-CV-07898 (MBM) (S.D.N.Y.)*
*Lay v. Visteon Corp. No. 2:05-CV-70737-RHC-VMM (E.D. Mich.)*
*In re Boston Scientific Corporation, No. 1:05-CV-11934 - JLT (Dist. Mass.)*
*In re Coca-Cola Enterprises, Inc., No. 1:06-CV-0275-TWT (N.D. GA)*
*Rudolph v. The Mills Corporation, et al., No. 1:06-77 (GBL) (E.D. VA)*
*State Universities Retirement System of Illinois v. Sonus Networks, Inc, et al.,
      No. 06-cv-10040 (Dist. Mass.)*
*Fred P. Campo v. Sears Holdings Corporation, No. 06-sv-04033 (S.D. NY)*
*In re Merck & Co., No. 2:05-CV-01151-SRC-MF; 2:05-CV-02367-SRC-MF (Dist. NJ)*

8.    Mississippi PERS sought to serve as lead plaintiff in the following actions filed under the federal securities laws during the three years preceding the date of this Certification, but either withdrew its motion for lead plaintiff or was not appointed as lead plaintiff:

*In re Cardinal Health, Inc., Securities Litigation*
*In re American International Group, Inc. Securities Litigation*

3

*In re HealthSouth Inc. Stockholder Litigation*
*In re: BearingPoint Securities Litigation*
*Weiss v. Friedman, Billings, Ramsey Group*
*In re General Motors Securities Litigation*
*In re Guidant Corp. Securities Litigation*
*Johnson v. Dana Corporation, et al.*
*In re Mercury Interactive Corp Securities Litigation*
*Fenninger v. Take-Two Interactive Software, Inc., et al.*
*Weissmann v. Par Pharmaceutical Companies, et al.*
*In re Dell, Inc.*

9.      Mississippi PERS will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court. Mississippi PERS understands that this is not a claim form, and that its ability to share in any recovery as a member of the class in unaffected by its decision to serve as a representative party.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of October, 2007.

OFFICE OF THE ATTORNEY GENERAL
STATE OF MISSISSIPPI

George W. Neville
Special Assistant Attorney General
*Legal Counsel to the Public Employees'*
*Retirement System of Mississippi*

4

**Exhibit A**
**Mississippi PERS**

Class Period: 9/11/02 to 7/19/2006

**SEMTECH CORP**

| | Ticker | CUSIP | SEDOL | ISIN |
|---|---|---|---|---|
| | SMTC | 816850101 | 2795542 | US8168501018 |

| Trans Type | Trade Date | Shares | Price Per Share | Cost/ Proceeds |
|---|---|---|---|---|
| Open | 09/11/02 | 0.00 | | |
| | | | | |
| Purchase | 07/25/05 | 4,900.00 | $ 18.29 | ($89,833.66) |
| Purchase | 07/26/05 | 3,400.00 | $ 18.49 | ($63,012.20) |
| Purchase | 07/26/05 | 21,100.00 | $ 18.56 | ($392,035.89) |
| Purchase | 07/27/05 | 5,100.00 | $ 18.22 | ($93,110.70) |
| Purchase | 07/28/05 | 8,000.00 | $ 18.36 | ($147,232.00) |
| Purchase | 07/29/05 | 3,000.00 | $ 18.37 | ($55,231.20) |
| Purchase | 08/01/05 | 8,500.00 | $ 18.32 | ($156,087.20) |
| Purchase | 08/02/05 | 7,600.00 | $ 19.22 | ($146,383.60) |
| Purchase | 08/03/05 | 6,800.00 | $ 18.99 | ($129,380.88) |
| Purchase | 11/02/05 | 11,200.00 | $ 15.44 | ($173,416.32) |
| Purchase | 11/03/05 | 19,800.00 | $ 16.01 | ($317,867.22) |
| Purchase | 11/04/05 | 10,500.00 | $ 16.21 | ($170,605.05) |
| Purchase | 11/07/05 | 18,000.00 | $ 16.34 | ($294,782.40) |
| Purchase | 11/08/05 | 8,900.00 | $ 16.14 | ($143,977.08) |
| Purchase | 11/09/05 | 11,200.00 | $ 16.36 | ($183,650.88) |
| Purchase | 11/10/05 | 1,400.00 | $ 16.10 | ($22,596.00) |
| Purchase | 11/11/05 | 12,500.00 | $ 16.17 | ($202,776.25) |
| Purchase | 03/14/06 | 6,800.00 | $ 18.42 | ($125,322.64) |
| Purchase | 03/14/06 | 27,500.00 | $ 18.42 | ($507,001.00) |
| Purchase | 03/15/06 | 15,600.00 | $ 18.52 | ($289,224.00) |
| Purchase | 03/15/06 | 4,900.00 | $ 18.53 | ($90,821.99) |
| Purchase | 03/16/06 | 17,700.00 | $ 18.43 | ($326,565.00) |
| Purchase | 03/16/06 | 11,700.00 | $ 18.25 | ($213,993.00) |
| Purchase | 03/16/06 | 4,700.00 | $ 17.99 | ($84,753.69) |
| Purchase | 03/16/06 | 14,400.00 | $ 18.40 | ($265,003.20) |
| Purchase | 03/17/06 | 27,300.00 | $ 18.00 | ($492,429.21) |
| Purchase | 03/20/06 | 11,700.00 | $ 18.08 | ($212,054.31) |
| Purchase | 03/21/06 | 14,600.00 | $ 18.16 | ($265,749.20) |
| Purchase | 03/22/06 | 18,600.00 | $ 18.13 | ($337,909.92) |
| Purchase | 03/23/06 | 4,700.00 | $ 18.32 | ($86,143.95) |
| Purchase | 04/03/06 | 2,500.00 | $ 18.00 | ($45,004.75) |
| Purchase | 04/04/06 | 2,100.00 | $ 17.97 | ($37,757.79) |
| Purchase | 04/05/06 | 1,000.00 | $ 17.90 | ($17,937.30) |
| Purchase | 04/05/06 | 100.00 | $ 17.91 | ($1,791.14) |
| Purchase | 04/07/06 | 1,500.00 | $ 18.07 | ($27,165.00) |
| Purchase | 04/10/06 | 2,200.00 | $ 17.83 | ($39,307.62) |
| Purchase | 04/11/06 | 2,200.00 | $ 17.41 | ($38,380.10) |

| | | | | | |
|---|---|---|---|---|---|
| Purchase | 04/12/06 | 700.00 | $ | 17.50 | ($12,276.60) |
| Purchase | 04/17/06 | 700.00 | $ | 17.50 | ($12,250.35) |
| Sale | 05/31/06 | -4,700.00 | $ | 16.82 | $78,876.26 |
| Sale | 06/01/06 | -3,800.00 | $ | 17.06 | $64,685.02 |
| Sale | 06/05/06 | -4,900.00 | $ | 16.40 | $80,383.99 |
| Sale | 06/05/06 | -4,400.00 | $ | 16.77 | $73,594.77 |
| Sale | 06/06/06 | -12,700.00 | $ | 16.12 | $204,773.59 |
| Sale | 06/07/06 | -4,900.00 | $ | 16.24 | $79,401.56 |
| Sale | 06/07/06 | -2,100.00 | $ | 16.18 | $33,973.17 |
| Sale | 06/08/06 | -11,000.00 | $ | 15.61 | $171,262.52 |
| Sale | 06/09/06 | -6,700.00 | $ | 15.92 | $106,393.39 |
| Sale | 06/12/06 | -4,600.00 | $ | 15.44 | $70,852.53 |
| Sale | 06/12/06 | -1,900.00 | $ | 15.18 | $28,830.47 |
| Sale | 06/13/06 | -9,500.00 | $ | 15.13 | $143,348.68 |
| Sale | 06/13/06 | -2,800.00 | $ | 15.03 | $42,072.06 |
| Sale | 06/14/06 | -6,600.00 | $ | 15.05 | $99,255.01 |
| Sale | 06/15/06 | -13,100.00 | $ | 14.56 | $190,604.38 |
| Sale | 06/15/06 | -9,000.00 | $ | 14.43 | $129,714.81 |
| Sale | 06/15/06 | -3,000.00 | $ | 14.72 | $44,049.14 |
| Sale | 06/16/06 | -12,600.00 | $ | 14.44 | $181,462.13 |
| Sale | 06/19/06 | -10,900.00 | $ | 14.35 | $155,963.29 |
| Sale | 06/20/06 | -5,500.00 | $ | 14.15 | $77,789.61 |
| Sale | 06/21/06 | -7,600.00 | $ | 14.02 | $106,272.08 |
| Sale | 06/23/06 | -10,500.00 | $ | 13.93 | $146,080.95 |
| Sale | 06/23/06 | -6,100.00 | $ | 13.85 | $84,214.61 |
| Sale | 06/23/06 | -3,000.00 | $ | 13.65 | $40,888.74 |
| Purchase | 06/26/06 | 19,500.00 | $ | 14.01 | ($274,076.40) |
| Purchase | 06/27/06 | 13,900.00 | $ | 14.00 | ($194,615.29) |

6

**Exhibit B**

**Mississippi PERS**

Class Period: 9/11/02 to 7/19/2006

**SEMTECH CORP**

| | Ticker | CUSIP | SEDOL | ISIN | Lookback Price* |
|---|---|---|---|---|---|
| | SMTC | 816850101 | 2795542 | US8168501018 | $12.61 |

| Trans Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Open | 09/11/02 | 0.00 | | 0.00 |
| **Sales matched to pre-class period purchases:** | | 0.00 | | 0.00 |
| Purchase | 07/25/05 | 4,900.00 | $ 18.29 | ($89,833.66) |
| Purchase | 07/26/05 | 3,400.00 | $ 18.49 | ($63,012.20) |
| Purchase | 07/26/05 | 21,100.00 | $ 18.56 | ($392,035.89) |
| Purchase | 07/27/05 | 5,100.00 | $ 18.22 | ($93,110.70) |
| Purchase | 07/28/05 | 8,000.00 | $ 18.36 | ($147,232.00) |
| Purchase | 07/29/05 | 3,000.00 | $ 18.37 | ($55,231.20) |
| Purchase | 08/01/05 | 8,500.00 | $ 18.32 | ($156,087.20) |
| Purchase | 08/02/05 | 7,600.00 | $ 19.22 | ($146,383.60) |
| Purchase | 08/03/05 | 6,800.00 | $ 18.99 | ($129,380.88) |
| Purchase | 11/02/05 | 11,200.00 | $ 15.44 | ($173,416.32) |
| Purchase | 11/03/05 | 19,800.00 | $ 16.01 | ($317,867.22) |
| Purchase | 11/04/05 | 10,500.00 | $ 16.21 | ($170,605.05) |
| Purchase | 11/07/05 | 18,000.00 | $ 16.34 | ($294,782.40) |
| Purchase | 11/08/05 | 8,900.00 | $ 16.14 | ($143,977.08) |
| Purchase | 11/09/05 | 11,200.00 | $ 16.36 | ($183,650.88) |
| Purchase | 11/10/05 | 1,400.00 | $ 16.10 | ($22,596.00) |
| Purchase | 11/11/05 | 12,500.00 | $ 16.17 | ($202,776.25) |
| Purchase | 03/14/06 | 6,800.00 | $ 18.42 | ($125,322.64) |
| Purchase | 03/14/06 | 27,500.00 | $ 18.42 | ($507,001.00) |
| Purchase | 03/15/06 | 15,600.00 | $ 18.52 | ($289,224.00) |

7

| Type | Date | Shares | | Price | Amount |
|---|---|---|---|---|---|
| Purchase | 03/15/06 | 4,900.00 | $ | 18.53 | ($90,821.99) |
| Purchase | 03/16/06 | 17,700.00 | $ | 18.43 | ($326,565.00) |
| Purchase | 03/16/06 | 11,700.00 | $ | 18.25 | ($213,993.00) |
| Purchase | 03/16/06 | 4,700.00 | $ | 17.99 | ($84,753.69) |
| Purchase | 03/16/06 | 14,400.00 | $ | 18.40 | ($265,003.20) |
| Purchase | 03/17/06 | 27,300.00 | $ | 18.00 | ($492,429.21) |
| Purchase | 03/20/06 | 11,700.00 | $ | 18.08 | ($212,054.31) |
| Purchase | 03/21/06 | 14,600.00 | $ | 18.16 | ($265,749.20) |
| Purchase | 03/22/06 | 18,600.00 | $ | 18.13 | ($337,909.92) |
| Purchase | 03/23/06 | 4,700.00 | $ | 18.32 | ($86,143.95) |
| Purchase | 04/03/06 | 2,500.00 | $ | 18.00 | ($45,004.75) |
| Purchase | 04/04/06 | 2,100.00 | $ | 17.97 | ($37,757.79) |
| Purchase | 04/05/06 | 1,000.00 | $ | 17.90 | ($17,937.30) |
| Purchase | 04/05/06 | 100.00 | $ | 17.91 | ($1,791.14) |
| Purchase | 04/07/06 | 1,500.00 | $ | 18.07 | ($27,165.00) |
| Purchase | 04/10/06 | 2,200.00 | $ | 17.83 | ($39,307.62) |
| Purchase | 04/11/06 | 2,200.00 | $ | 17.41 | ($38,380.10) |
| Purchase | 04/12/06 | 700.00 | $ | 17.50 | ($12,276.60) |
| Purchase | 04/17/06 | 700.00 | $ | 17.50 | ($12,250.35) |
| Purchase | 06/26/06 | 19,500.00 | $ | 14.01 | ($274,076.40) |
| Purchase | 06/27/06 | 13,900.00 | $ | 14.00 | ($194,615.29) |
| **Class period purchases:** | | **388,500.00** | | | **($6,779,511.98)** |
| | | | | | |
| Sale | 05/31/06 | -4,700.00 | $ | 16.82 | $78,876.26 |
| Sale | 06/01/06 | -3,800.00 | $ | 17.06 | $64,685.02 |
| Sale | 06/05/06 | -4,900.00 | $ | 16.40 | $80,383.99 |
| Sale | 06/05/06 | -4,400.00 | $ | 16.77 | $73,594.77 |
| Sale | 06/06/06 | -12,700.00 | $ | 16.12 | $204,773.59 |
| Sale | 06/07/06 | -4,900.00 | $ | 16.24 | $79,401.56 |
| Sale | 06/07/06 | -2,100.00 | $ | 16.18 | $33,973.17 |
| Sale | 06/08/06 | -11,000.00 | $ | 15.61 | $171,262.52 |
| Sale | 06/09/06 | -6,700.00 | $ | 15.92 | $106,393.39 |
| Sale | 06/12/06 | -4,600.00 | $ | 15.44 | $70,852.53 |
| Sale | 06/12/06 | -1,900.00 | $ | 15.18 | $28,830.47 |

| | | | | |
|---|---|---|---|---|
| Sale | 06/13/06 | -9,500.00 $ | 15.13 | $143,348.68 |
| Sale | 06/13/06 | -2,800.00 $ | 15.03 | $42,072.06 |
| Sale | 06/14/06 | -6,600.00 $ | 15.05 | $99,255.01 |
| Sale | 06/15/06 | -13,100.00 $ | 14.56 | $190,604.38 |
| Sale | 06/15/06 | -9,000.00 $ | 14.43 | $129,714.81 |
| Sale | 06/15/06 | -3,000.00 $ | 14.72 | $44,049.14 |
| Sale | 06/16/06 | -12,600.00 $ | 14.44 | $181,462.13 |
| Sale | 06/19/06 | -10,900.00 $ | 14.35 | $155,963.29 |
| Sale | 06/20/06 | -5,500.00 $ | 14.15 | $77,789.61 |
| Sale | 06/21/06 | -7,600.00 $ | 14.02 | $106,272.08 |
| Sale | 06/23/06 | -10,500.00 $ | 13.93 | $146,080.95 |
| Sale | 06/23/06 | -6,100.00 $ | 13.85 | $84,214.61 |
| Sale | 06/23/06 | -3,000.00 $ | 13.65 | $40,888.74 |
| *(matched to class period purchases):* | | -161,900.00 | | *$2,434,742.76* |
| *FIFO Retained purchases:* | | *226,600.00* | *$12.61* | *$2,856,315.66* |
| *LIFO Retained purchases:* | | *226,600.00* | *$12.61* | *$2,856,315.66* |

|  |  |
|---|---|
| FIFO Gain/(Loss): | ($1,488,453.56) |
| LIFO Gain/(Loss): | ($1,488,453.56) |
| NET Gain/(Loss): | ($4,344,769.22) |

*Value of retained purchases is the mean trading price from 7/19/2006 to 10/17/2006.

9

**Exhibit C**

**LABATON SUCHAROW & RUDOFF LLP FILES CLASS ACTION LAWSUIT AGAINST SEMTECH CORP.**

Business Editors/Legal Writers

NEW YORK – August 20, 2007 - Labaton Sucharow & Rudoff LLP filed a class action lawsuit on August 10, 2007 in the United States District Court for the Southern District of New York, on behalf of persons who purchased or otherwise acquired publicly traded securities of Semtech Corp. ("Semtech" or the "Company") (NASDAQ: SMTC) between September 11, 2002 and July 19, 2006, inclusive, (the "Class Period"). The lawsuit was filed against Semtech and certain officers and directors ("Defendants").

The complaint alleges that Defendants violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder. Specifically, the complaint alleges that Defendants artificially inflated Semtech's previously reported financial results through an improper stock option backdating scheme that was perpetrated at the highest levels of the Company. Defendants carried out this scheme by intentionally manipulating the grant date of stock options awarded to themselves and other officers and directors of the Company, selecting dates on which Semtech stock was trading at a much lower price than the actual date of grant. In public disclosures, however, Defendants falsely claimed that the grants were dated and priced as of the date of the actual grants.

On July 20, 2006, Semtech revealed that it expected to record material amounts of additional compensation expense and restate its financial results from fiscal 2002 through 2006, and that its prior financial statements should not be relied upon. Semtech's share price fell in reaction to the announcement, falling from $13.19 to $12.37 per share. Semtech shares continued to fall in reaction to the news on July 21, 2006, closing at $11.60 per share.

Plaintiff is represented by the law firm of Labaton Sucharow & Rudoff LLP. Labaton Sucharow is one of the country's premier national law firms that represent individual and institutional investors in class action, complex securities and corporate governance litigation. The firm has been a champion of investor rights for over 40 years and has been recognized for its reputation for excellence by the courts.

If you bought Semtech securities between September 11, 2002 and July 19, 2006, inclusive, you may qualify to serve as Lead Plaintiff. Lead Plaintiff papers must be filed with the court no later than sixty days from today. If you have any questions about the lawsuit, please contact one of our representatives or Andrei Rado, Esq. at 800-321-0476.

Source: The Law Firm of Labaton Sucharow & Rudoff LLP

**Exhibit D**



**Cauley Bowman Carney & Williams, PLLC**

**www.cauleybowman.com**



CAULEY BOWMAN

# Table of Contents

**The Firm's Practice and Achievements** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

**Professional Biographies** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-10

    **Partners**

        S. Gene Cauley . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
        Curtis L. Bowman . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
        J. Allen Carney . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
        Darrin L. Williams . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
        Hank Bates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
        Marcus N. Bozeman . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
        Randall K. Pulliam . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

    **Associates**

        James L. Kauffman . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
        Tiffany Wyatt Oldham . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
        Deborah Sallings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
        T. Brent Walker . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

    **Litigation Consultants**

        Eugene J. Brandao . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

**Leadership Positions** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11 - 19



## The Firm's Practice and Achievements

Cauley Bowman Carney & Williams, PLLC ("Cauley Bowman") is a national law firm that represents investors and consumers in class action and corporate governance litigation. It is one of the country's premiere firms in the area of securities fraud, with in-house finance and forensic accounting specialists and extensive trial experience. Since its founding, Cauley Bowman has recovered in excess of two billion dollars on behalf of aggrieved shareholders and consumers.

The attorneys at Cauley Bowman are uniquely qualified to prosecute complex accounting and financial fraud cases. Several of the firm's attorneys are CPAs, including one with Big Four auditing experience. The firm's reputation for excellence in accounting fraud and other complex class actions has been recognized on repeated occasions by federal and state court judges who have appointed the firm to serve as lead or co-lead counsel in numerous cases pending throughout the country.

In addition to its strong personnel, Cauley Bowman is well-capitalized, allowing it to dedicate considerable resources and to advance expenses on a contingency fee basis to the fullest extent necessary to achieve the best possible result for class members. As a result of its successful track record and strong capitalization, the firm enjoys a high level of respect and credibility with the defense bar and insurance carriers that often defend and insure corporations and their officers and directors.

As a firm, Cauley Bowman values practicing in a small environment where professional and personal interaction among the partners, associates, paralegals, accounting staff and other personnel allow for a true "team approach" to litigation strategy that fosters an energetic exchange of ideas. The firm believes its size allows for a greater degree of independence, flexibility and satisfaction than a large firm environment, without sacrificing the quality of representation necessary to achieve successful results for its clients.

## The Firm's Partners

***S. GENE CAULEY*** is a partner of the firm.

Mr. Cauley is a graduate of Vanderbilt University School of Law where he was an oralist on the Jessup International Moot Court Team and represented Vanderbilt in appellate argument competitions. Mr. Cauley graduated *summa cum laude* from the University of Arkansas, where he was named the Outstanding Student in Finance and received the Presidential Scholar Award as the top third-year student in the entire College of Business Administration.

Mr. Cauley has substantial jury trial and arbitration experience representing both plaintiffs and defendants. Mr. Cauley is a recognized authority on class action procedure and often serves as a guest lecturer on class actions. Mr. Cauley has published an article on class action procedure entitled "Life After *Baker v. Wyeth Aherst* and *Arthur v. Zearley*: What Is The Landscape For Class Actions In Arkansas State Court?" The ATLA Docket, Summer 1999. Additionally, Mr. Cauley is a regularly quoted expert in the financial press, most recently providing expert commentary on the CBS Morning Show. Recently, The National Law Journal named Mr. Cauley one of the top litigators in the country. The National Law Journal cited his exceptional

-1-



CAULEY BOWMAN

work in *In re Lernout & Hauspie Securities Litigation*, (No. 00-11589-PBS Co. Mass), where Mr. Cauley obtained a $115 million settlement against KPMG USA and KPMG Belgium. This settlement ranks as one of the largest single settlements against an accounting firm.

Mr. Cauley is licensed to practice in the State of Arkansas, the Eastern and Western Districts of Arkansas, the District Court of Arizona and the United States Court of Appeals for the Third, Sixth, Eighth and Eleventh Circuits. In addition to these courts and jurisdictions, Mr. Cauley regularly works on cases with local counsel throughout the country.

Since 1994, Mr. Cauley has concentrated his practice in the area of complex commercial litigation, with a particular emphasis on securities and consumer fraud litigation. Mr. Cauley currently serves as Lead Counsel, Co-Lead Counsel or on the Executive Committee of Counsel in multiple  pending class actions and shareholder derivative litigations throughout the United States.  A representative sample of these actions includes:  *In re NewPower Holdings Securities Litigation*, U.S.D.C., Southern District of New York, No. 02Civ1550 (CLB) ($41 million settlement); and *Paul L. Ruble, et al. v. Rural Metro Corp., et al.*, U.S.D.C., District of Arizona,  No. CIV-99-822-PHX-RGS ($15 million settlement).

Examples of recent class actions in which Mr. Cauley played a lead role in achieving a substantial settlement include:  *Martin Fogel v. Information Management Associates, Inc.*, U.S.D.C., District of Connecticut, No. 3:00-CV-135 (AWT) ($4.1 million settlement); *Lynne H. Sinay, et al., v. Boron Lepore & Associates, Inc., et al.*, U.S.D.C., District of New Jersey, No. 99-2231 ($4.7 million settlement); *Isabel J. Griffin v. Medpartners, Inc.*, Cir. Ct. of Jefferson Cty., Alabama No.: 98-00297 (a case arising out of an initial public offering of securities which settled for $65 million, of which $25 million was allocated to the class of shareholders represented specifically by Mr. Cauley); *State of Wisconsin Investment Board, et al. v. Harold Ruttenberg, et al.* (Just For Feet), U.S.D.C., Northern District of Alabama, Southern Division, No. CV 99-BU-3097-S (Court Appointed Special Counsel; $34 million settlement); *Trinity Holdings Corp. v. Sirrom Capital Corporation, et al.*, U.S.D.C., Middle Dist. of Tennessee, Nashville Div. No. 3-98-0643 (a case which settled for $15 million and in which Mr. Cauley was on the Executive Committee of plaintiffs' lawyers); *Bill Koplovitz, et al. v. Plains Resources, Inc., et al.*, U.S.D.C., Southern District of Texas, Houston Division, No. H–99-4212 (Lead Counsel; $5.4 million settlement); *In re PaineWebber Limited Partnerships Litigation*, U.S.D.C. Southern District of New York, No. 94 CIV 8546 (CSH) (a case involving the sale of limited partnerships by PaineWebber which resulted in a settlement of $200 million); *Nasdaq Market-Makers Antitrust Litigation*, U.S.D.C. Southern District of New York, No. CIV-94-3996 (an antitrust case against several market-makers which settled for over $1 billion); *Dasburg, S.A. v. Corrections Corporation of America, et al.*, Court of the Chancery for the State of Tennessee, 20th Judicial Dist., Davidson Cty., No. 98-2391-III (settlement of $11.5 million in cash and stock); and *John Neiger v. Doctor Crants, et al.* (Prison Realty), U.S.D.C., Middle District of Tennessee, Nashville Division, No. 3-99-1205 (settlement of $11.5 million in cash and stock.)

Mr. Cauley is or has been a member of the Pulaski County, Arkansas and American Bar Associations, and the Arkansas Trial Lawyers Association.

**CURTIS L. BOWMAN** is a partner of the firm.

-2-

14



CAULEY BOWMAN

Mr. Bowman earned his Bachelor of Science degree in Accounting from the University of Arkansas in May 1981, where he was recognized as the Outstanding Accounting Student in his class. Mr. Bowman is a Certified Public Accountant having worked for several years with Price Waterhouse. Mr. Bowman earned his *juris doctorate* with Highest Honors from the University of Arkansas at Little Rock, School of Law, where he was an Editor of the Law Review and received multiple American Jurisprudence Book Awards for earning the highest grade in the school in several courses.

Mr. Bowman began his legal career in 1986, with the Department of Justice Honors Program, a program created by Attorney General Robert Kennedy. Mr. Bowman worked for the Tax Division of the Department of Justice, in Washington, D.C. until October 1990. During his tenure with the DOJ, Mr. Bowman tried dozens of cases involving diverse and complex issues including tax fraud, amortization of core deposit intangibles, "Bivens" actions and judicial review ability of governmental action. While at the Justice Department, Mr. Bowman litigated a matter making it clear that certain action or inaction on the part of the Internal Revenue Service Commissioner is not subject to judicial review. See *Horton Homes, Inc. v. United States of America,* 727 F. Supp. 1450 (1990), affirmed by the Eleventh Circuit Court of Appeals and subsequently overturned prospectively by Congress. During his tenure at the Justice Department, Mr. Bowman was recognized as the "Outstanding Attorney" of the Tax Division (nationwide).

In 1990, Mr. Bowman returned to Little Rock, Arkansas, where he began his private practice of law with the firm of Jack, Lyon & Jones, P.A. In 1993, Mr. Bowman became a partner of Jack, Lyon & Jones and was head of the firm's complex commercial and white collar defense litigation sections. Mr. Bowman has been involved in a number of high profile cases, including the criminal defense of a complex "Whitewater" matter wherein the former governor of Arkansas and his attorney were indicted by the Whitewater prosecutor, Kenneth Starr. In that case, *United States of America v. John H. Haley,* 898 F. Supp. 654 (1995), Haley and Tucker successfully argued to the District Court that Kenneth Starr had exceeded his jurisdiction in prosecuting citizens of the State of Arkansas as opposed to officers of the Executive Branch with whom Attorney General Reno had a conflict of interest. That case was subsequently reversed by the Eighth Circuit Court of Appeals.

Mr. Bowman's litigation experience is broad and includes both the prosecution and defense of cases on behalf of individuals and classes involving death penalty matters; common law civil fraud; securities fraud; RTC savings and loan litigation; general commercial litigation; white collar crime; and tax matters. Mr. Bowman's class action experience includes the successful defense of a string of related class actions brought against Rapid Acceptance Corporation alleging that Rapid had charged consumers an amount of interest in excess of the amount allowed by law.

Mr. Bowman is also actively involved in many of the firm's securities class actions, particularly those involving accounting fraud, and is taking the lead role for the firm in such cases as *Rosa E. Garza v. J.D. Edwards & Co.,* U.S.D.C. District of Colorado, No. 99-1744, ( $15 million settlement); *Betty M. Lynch v. JDN Realty Corp., et al.,* U.S.D.C. Northern District of Georgia, Atlanta Division, No. 1:00-CV-2539 (settled for more than $40 million in cash and stock with 11% of the total settlement allocated to Mr. Bowman's clients); *In re Phycor Shareholder Litigation,* U.S.D.C., Middle District of Tennessee, Nashville Division, No. 3-99-0807 ($11.2 million cash settlement); and *In re Vision America Securities Litigation,* U.S.D.C., Middle District of Tennessee, Nashville Division, No. 3-00-0279 ($5.9 million settlement).

-3-

15



CAULEY BOWMAN

Mr. Bowman is currently working on one of the most significant securities cases to be brought in recent history, *In re Initial Public Offering Securities Litigation*, 21 MC 92 (SAS) (S.D.N.Y.), which alleges that more than 50 investment banking firms, and over 300 companies and certain officers and directors manipulated the high tech initial public offering markets.

**J. ALLEN CARNEY** is a partner of the firm.

Mr. Carney is a graduate of the University of Arkansas, earning a degree in Finance. Subsequently, Mr. Carney graduated from the University of Arkansas at Little Rock School of Law.

Prior to joining the firm, Mr. Carney was a partner with Jack, Lyon & Jones, P.A. in the Little Rock, Arkansas office, where he practiced extensively in the areas of complex commercial litigation, labor and employment litigation, and business transactions. While at Jack, Lyon & Jones, Mr. Carney had the privilege of representing some of the State's and the nation's largest employers, including Southwestern Bell Telephone Company, American Standard, Inc., and Babcock & Wilcox.

Mr. Carney has been involved in a number of high-profile cases, including the successful defense of Capital Cities/ABC News in an action brought by Tyson Foods regarding the secret videotaping of chicken processing plants; representing a joint venture comprised of two Fortune 100 companies, during an energy shortage, involving the lease and alleged damage of several large electrical generators; and the successful defense before the Eighth Circuit Court of Appeals of an issue of first impression under the Family and Medical Leave Act. Mr. Carney is a frequent lecturer to human resources professionals and attorneys regarding litigation and employment matters. For approximately six years, he was a frequent contributor to Arkansas Employment Law Newsletter, a monthly publication with more than seven hundred (700) subscribers. Additionally, Mr. Carney co-authored and edited a twenty-seven chapter Employment Law Desk Book for Arkansas Employers (1997). The book highlights federal and state labor and employment laws, rules and regulations.

Mr. Carney is actively involved in the firm's securities practice, having held leadership positions in numerous cases: *In re Lernout & Hauspie Securities Litigation*, No. 00-11589-PBS (D. Mass.) ($115 million settlement); *In re NewPower Securities Litigation*, No. 2-CV-1550 (S.D.N.Y.) ($41 million settlement); *In re DQE, Inc. Securities Litigation*, No. 01-1851 (W.D. Pa.); *In re Ashanti Goldfields Securities Litigation*, No. CV-00-9717 (DGT) (RML) (E.D.N.Y.); *In re Central Parking Corporation Securities Litigation*, No. 03-CV-0546 M.D. Tenn.); *In re Keyspan Securities Litigation*, No. CV-01-5852 (ARR) (MDG) (E.D.N.Y.); *Paul Ruble, et. al. v. Rural Metro Corp., et. al.*, No. CV-99-822-PHX-RGS (D. Ariz.).

Mr. Carney is licensed to practice law in Arkansas state courts, the United States District Courts for the Eastern and Western Districts of Arkansas, and the United States Court of Appeals for the Third and Eighth Circuits. Mr. Carney has argued before the Arkansas Supreme Court. Additionally, Mr. Carney has appeared in numerous federal and state courts across the nation via admission *pro hac vice*.

**DARRIN L. WILLIAMS** is a partner of the firm.

-4-

16



CAULEY BOWMAN

Mr. Williams received his Bachelor of Arts degree in History from Hendrix College in Conway, Arkansas. Mr. Williams earned his *juris doctorate* degree from Vanderbilt University School of Law. While at Vanderbilt, Mr. Williams served as the Chief Justice of the Moot Court Board, received the American Jurisprudence Book Award for earning the highest grade in Torts, and was an Earl Warren Scholar, NAACP Legal Defense Fund. Mr. Williams also earned his Master of Law in Securities and Financial Regulation from Georgetown University Law Center. While working on his Master of Law, he worked in the General Counsel's Office of the United States Securities and Exchange Commission.

Mr. Williams, a principal institutional investor contact for the firm, devotes a substantial portion of his practice to representing institutional investors seeking financial recovery for losses suffered as a result of securities fraud. Mr. Williams heads up the Institutional Monitoring Department for the firm, handling all asset monitoring and case start-ups, including Lead Plaintiff motions. Most recently Mr. Williams has obtained Leadership positions in *In re Bisys Group Inc. Securities Litigation*, 04-CV3840 (LTS) (S.D.N.Y.); *In re Cardinal Health Securities Litigation*, No. C2-04-575 (E.D. Ohio). Mr. Williams is a member of several institutional investor organizations, including: the Council of Institutional Investors, the National Association of Public Pension Fund Attorneys, the National Conference of Public Employee Retirement Systems and the National Association of Securities Professionals.

Immediately prior to joining the firm, Mr. Williams was the Chief Deputy Attorney General for the State of Arkansas, where he directed all of the legal work of the office, including the representation of the state's constitutional offices, agencies, boards and commissions. During his time in the Office of the Arkansas Attorney General, Mr. Williams' legal skill and leadership resulted in the office recovering millions of dollars on behalf of Arkansas consumers. Because of Mr. Williams' work to protect senior consumers from fraud, he was invited to testify before the United States House of Representatives Committee on Ways and Means. Mr. Williams has also served as an aide to a United States Senator and the United States Senate Sergeant at Arms, as well as general counsel to a business consulting corporation.

Mr. Williams' professional associations include membership in the American Bar Association, the National Bar Association, the Arkansas Trial Lawyers Association and the Arkansas Bar Association, where he is a member of the Jurisprudence and Law Reform and the Legal Services Committees. Mr. Williams was named Outstanding Government Lawyer by the W. Harold Flowers Law Society, Distinguished Alumnus at Hendrix College, and to Arkansas Business' "Forty under Forty." Mr. Williams is licensed to practice in the State of Arkansas, the Eastern and Western Districts of Arkansas, as well as the United States Supreme Court.

Mr. Williams is also active in community, civic and political matters. Presently, Mr. Williams serves as a commissioner on the Little Rock Planning Commission, Chairman of the First Tee of Arkansas - Jack Stephens Youth Golf Academy, on the Board of Governors for Hendrix College, as a board member for the Little Rock Central High 50th Anniversary Commission, and as a member of the American Council of Young Political Leaders.

***HANK BATES*** is a partner of the firm.

-5-



CAULEY BOWMAN

Mr. Bates received his Bachelor of Arts degree in History and Literature from Harvard University in 1987 where he was a National Merit Scholar and graduated with honors.  After college, Mr. Bates was awarded a Rotary International Fellowship to the University of Manchester, Manchester, Great Britain.

Mr. Bates received his *juris doctorate* from Vanderbilt University School of Law in 1992, where he was awarded the Andrew Ewing Scholarship, graduated Order of the Coif, served as Articles Editor of the *Vanderbilt Law Review* and on the Moot Court Board, received American Jurisprudence Awards or "top paper" in five classes, authored Note, "Out of Focus: The Misapplication of Equitable Remedies in the Nontraditional Arena of School Desegregation," 44 Vanderbilt Law Review 1315, 1991; and served as Symposium Editor and authored the Introduction for the 1992 Symposium Issue of the *Review*,  "A Reevaluation of the Canons of Statutory Interpretation," 45 Vanderbilt Law Review No. 3, 1992.

Following graduation from law school, Mr. Bates served as a law clerk for the Honorable Danny J. Boggs, Circuit Judge for the United States Court of Appeals for the Sixth Circuit in 1992 and 1993.  Following his clerkship, Mr. Bates moved to California where he focused his practice on public interest environmental law and worked as an Associate Attorney with EarthJustice Legal Defense Fund. Mr. Bates was involved in high-profile and significant litigation involving, among other issues, preservation of western streams that provide habitat for endangered salmon and steelhead trout, remediation of contamination at decommissioned military bases, preservation of old-growth forest habitat for the Spotted Owl and other endangered species, protection of California coastal lands from over-development and oil exploration, and the establishment of emissions trading programs for industries in southern California.

In 1998, Mr. Bates returned home to Little Rock, Arkansas where his practice has included a broad spectrum of environmental litigation, including industrial pollution, groundwater pollution from underground storage tanks and other facilities, air pollution, toxic exposures, oil and gas exploration and production waste, crop damage and personal injury from pesticides, as well as claims against federal and local governmental agencies that have not fulfilled statutory mandates to protect the environment.  Mr. Bates has represented numerous individuals and entire communities (numbering hundreds of households) in complex and high-profile litigation involving air pollution, groundwater pollution and toxic exposures resulting in multi-million dollar recoveries and agreements and court orders requiring remediation of contamination and compliance with applicable environmental laws and regulations in the future. Mr. Bates is a frequent lecturer on subjects related to environmental law and toxic torts.  In addition, Mr. Bates is involved in the firm's consumer protection class action litigation.

Mr. Bates is an active member of the bar, serving as Vice-Chairman of the American Bar Association's Committee on Pesticides, Chemical Regulation, and Right-to-Know; on the Governing Board of the Environmental Law Section of the Arkansas Bar Association; and as Arkansas State Coordinator for Trial Lawyers for Public Justice.  In addition, he is a member of the Arkansas Trial Lawyers Association, the Association of Trial Lawyers of America, and the California Bar Association.

Mr. Bates is licensed to practice in the State of Arkansas, the State of California, the U.S. Court of Federal Claims, the U.S. Circuit Court of Appeals for the Eight and Ninth Circuits, the U.S. District Courts for the

-6-

18



Eastern and Western Districts of Arkansas, and the U.S. District Courts for the Northern and Southern Districts of California.

***MARCUS N. BOZEMAN*** is a partner of the firm.

After earning a Bachelor of Arts degree in Political Science from the University of Arkansas, Mr. Bozeman attended law school at the University of Arkansas at Little Rock (UALR) School of Law. Mr. Bozeman graduated first in his law school class and was also selected as Editor-in-Chief for the University of Arkansas at Little Rock Law Journal. The recipient of American Jurisprudence Awards or "top paper" designations in eight of his law school classes, Mr. Bozeman additionally authored the Note, "Miranda Comes Out from under a Stone," 16 U. Ark. Little Rock L.J. 259 (1994).

Following law school, Mr. Bozeman served for two years as a law clerk for the Honorable Floyd R. Gibson, Circuit Judge from the United States Court of Appeals for the Eighth Circuit. Mr. Bozeman subsequently entered private practice at the Kansas City, Missouri defense firm of Rouse Hendricks German May. Mr. Bozeman then moved to Memphis, Tennessee, where he practiced at Baker, Donelson, Bearman, Caldwell, and Berkowitz before joining Cauley Bowman. In addition to participating in multiple jury trials, Mr. Bozeman has extensive experience in litigating complex commercial and class action cases.

Mr. Bozeman is currently representing individual and institutional investors seeking recovery for losses suffered as a result of securities fraud. Mr. Bozeman has held a leadership position in the following securities fraud class settlements: *Valuepoint Partners, Inc. v. ICN Pharmaceuticals, Inc.*, No. 03-989 (C.D. Ca.); *In re National Golf Properties, Inc. Securities Litigation*, 92-1383-GHK (RZx) (W.D. Ca.) ($4.175 million settlement); *In re Interpublic Securities Litigation*, 02-CV-6527 (DLC) (S.D.N.Y.) ($115 million total settlement package of cash and stock); *In re Fleming Companies, Inc. Securities and Derivative Litigation*, 5-030MD-1530 (TJW) (E.D. Tex.); *In re Loral Space & Communications Ltd. Securities Litigation*, No. 01-CV-1388 (JGK) (S.D.N.Y.).

Mr. Bozeman is licensed to practice in the state courts of Arkansas, Kansas, Missouri, and Tennessee. He is also admitted to appear before the United States District Courts for the Eastern and Western Districts of Arkansas, the District of Kansas, the Western District of Missouri, and the Western District of Tennessee, as well as the United States Courts of Appeals for the Third, Sixth, Eighth, Tenth, and Federal Circuits. Included among Mr. Bozeman's reported cases are: S.W.3d 805 (Ark. Ct. App. 2001); *W. Tenn. Chapter of Associated Builders & Contractors v. City of Memphis*, 138 F. Supp. 2d 1015 (W.D. Tenn., 2000); *KCJ Corp. v. Kinetic Concepts, Inc.*, 39 F. Supp. 2d 1286 (D. An., 1999); *KCJ Corp. v. Kinetic Concepts, Inc.*, 30 F. Supp. 2d 1319 (D. An., 1998); *KCJ Corp. v. Kinetic Concepts, Inc.*, 18F. Supp. 2d 1212 (D. An. 1998); *New Hampshire Ins. Co. v. Westlock Hardware, Inc.*, 11 F. Supp. 2d 1298 (D. An. 1998).

***RANDALL K. PULLIAM*** is a Partner of the firm.



CAULEY BOWMAN

Mr. Pulliam graduated from the University of Central Arkansas with a Bachelor of Business Administration degree, where he was nominated for Outstanding Management Student in the university's School of Business. Mr. Pulliam later earned his Master of Business Administration degree from the University of Arkansas, with an emphasis in Finance. Mr. Pulliam earned his *juris doctorate* from the University of Arkansas at Little Rock (UALR) School of Law where he received multiple American Jurisprudence Awards.

Mr. Pulliam has substantial experience in many areas of the securities industry, holding his Series 7 General Securities Representative license. Mr. Pulliam worked for Stephens, Inc. as an Equity Trader for four years, where he executed in excess of $2 billion in securities transactions each year and participated in the firm's underwriting and Initial Public Offering allocation decisions. Prior to working at Stephens, Mr. Pulliam worked as an investment banker for Crews and Associates, Inc., where he was responsible for buying municipal bonds for both individual and institutional investors.

Prior to joining the firm, Mr. Pulliam had a successful law practice in a variety of legal areas, including commercial litigation, where he gained extensive courtroom experience, successfully trying several jury trials.

Mr. Pulliam's practice focuses primarily upon representing investors seeking financial recovery for losses suffered as a result of securities fraud, including derivative lawsuits filed against corporate boards, seeking to impose corporate governance reforms aimed at protecting shareholders and eliminating corporate waste and abuse. Mr. Pulliam has been involved with several major securities cases including *In re Initial Public Offering Securities Litigation*. Additionally, Mr. Pulliam is one of the firm's principal individual investor client contacts and serves as a liaison to the firm's institutional clients.

## The Firm's Associates

*JAMES L. KAUFFMAN* is an associate of the firm.
Mr. Kauffman earned his Bachelor of Science from the University of Florida, receiving a dual degree in Financial Management and Insurance. Subsequently, Mr. Kauffman graduated with Honors from the University of Florida Levin College of Law. During his law school career, Mr. Kauffman practiced as a certified legal intern within the Virgil C. Hawkins Civil Clinic, assisting indigent clients file *pro se* lawsuits. Additionally, Mr. Kauffman was distinguished as the top student in Trial Practice.

Prior to joining the firm, Mr. Kauffman worked as a financial advisor for Morgan Stanley Dean Witter. While at Morgan Stanley, Mr. Kauffman underwent comprehensive Series 7 training, which included option strategies, margin accounts, and underwriting of initial public offerings. Mr. Kauffman left Morgan Stanley Dean Witter in Fall of 1999 to pursue his law degree.

Mr. Kauffman is licensed to practice in the State of Arkansas and the Eastern and Western Districts of the United States District Court in Arkansas and in Florida. He is a member of the American and Arkansas Bar Associations. Mr. Kauffman's areas of expertise include securities law, corporate law, mediation, and arbitration. His practice with the firm focuses primarily upon representing investors seeking financial recovery for losses suffered as a result of securities fraud.

-8-

20



CAULEY BOWMAN

Mr. Kauffman is one of the firm's principal attorneys working on what has been called one of the nation's largest and most significant securities fraud cases. *In re Initial Public Offering Securities Litigation*, 21MC 92(SAS)(S.D.N.Y.).

**TIFFANY WYATT OLDHAM** is an associate of the firm.

Ms. Oldham graduated *cum laude* from the University of Arkansas at Fayetteville School of Law in 2001. She served as a member of the Board of Advocates and the W.B. Putman Inns of Court. In addition, Ms. Oldham served as President of Phi Delta Phi honors fraternity. During her law school career, Ms. Oldham participated in various trial competitions and moot court, where she was selected as a semi-finalist in the spring rounds. Ms. Oldham has a Bachelors of Arts in English from the University of Arkansas at Fayetteville.

Prior to joining the firm, Ms. Oldham worked for the Japanese municipal government in Urasoe City, Okinawa, Japan. While abroad, Ms. Oldham's primary focus was on international relations. In addition, Ms. Oldham worked as an intern for the U.S. Bankruptcy Court, Western Division of Arkansas, where she assisted in researching bankruptcy issues and administrating bankruptcy proceedings.

Ms. Oldham is licensed to practice in the Arkansas state courts and the United States District Courts for the Eastern and Western Districts of Arkansas, and the United States Courts of Appeals for the Third Circuit. She is currently a member of the American, Arkansas and Pulaski County Bar Associations. Ms. Oldham has experience in a multitude of legal fields including securities law, corporate law, business litigation, real estate transactions, and insurance regulation. Ms. Oldham has had significant involvement: *In re Fleming Companies, Inc. Securities and Derivative Litigation*, 5-030MD-1530 (TJW) (E.D. Tex.); *In re Keyspan Securities Litigation*, No. CV-01-5852 (ARR) (MDG) (E.D.N.Y.); *Freidman v. Rayovac Corporation*, No. 02-CV-0308 (W.D. WI); *In re IXL Enterprises, Inc. Securities Litigation*, No. 1:00-CV-2347-CC (N.D. Ga.); *Asher v. Baxter International, Inc., et. al.*, No. 02-CV-5608 (N.D. Il).

**DEBORAH R. SALLINGS** is an associate of the firm.

Ms. Sallings is a graduate of the University of Arkansas at Little Rock (UALR) School of Law, where she was a member of the UALR Law Journal staff, writing case note and survey section articles. Ms. Sallings has had extensive appellate practice in state and federal courts, including the United States Supreme Court. Before joining the firm, she served as head of the Appellate Division for the Office of the Sixth Judicial District Public Defender in Pulaski County, Arkansas, handling well over 300 cases that were appealed to the Arkansas Supreme Court and Arkansas Court of Appeals. In addition, she served as circuit court trial attorney in numerous serious felony cases, including death penalty cases in which she was chief mitigation counsel. She was also a staff attorney with the Arkansas Capital Resource Center, representing Arkansas death row clients in post-conviction habeas corpus actions in state and federal courts, both at the trial and appellate level, as well as in clemency proceedings, successfully obtaining gubernatorial clemency and commutation of sentence for the only death row inmate to receive such relief in Arkansas since 1970.



CAULEY ⬛ BOWMAN

Ms. Sallings also was an associate with the Little Rock firm of Jack, Lyon & Jones, P.A., in the Little Rock and Nashville offices, where she practiced primarily in the area of hospital and health care law.

Ms. Sallings serves on the Arkansas Supreme Court Committee on Model Criminal Jury Instructions and has made presentations on appellate practice at CLE seminars. She received a Bachelor of Arts degree in History and Political Science from Hendrix College. She is licensed to practice in the state and federal courts of Arkansas, the United States Court of Appeals for the Eighth Circuit, and the United States Supreme Court.

*T. BRENT WALKER* is an associate of the firm.

Mr. Walker earned his Bachelor of Business Administration degree in Accounting from the University of Mississippi. He earned his Master's degree in business from Mississippi State University and completed his *juris doctorate* from the University of Arkansas at Little Rock. While in law school, Mr. Walker earned the Top Paper in several courses.

Mr. Walker is a CPA with substantial experience in public accounting and business management. Prior to joining the firm, Mr. Walker obtained over seven years of public accounting experience in taxation, audit and management advisory services. In addition, Mr. Walker worked for a division of Prudential Financial primarily acquiring and managing real estate investment properties for institutional clients.

Mr. Walker is licensed to practice law in the state of Arkansas. He is also a member of the American and Arkansas Bar Associations as well as the American Institute of Certified Public Accountants. His practice with the firm focuses primarily upon representing investors seeking financial recovery for losses suffered as a result of securities fraud. Mr. Walker has had significant involvement in: *In re Lernout & Hauspie Securities Litigation,* No. 00-11589-PBS (D. Mass.) ($115 million settlement); *In re Vision America, Inc. Securities Litigation,* No. 3-00-279 (M.D. Tenn.); *State of Wisconsin Investment Board, et.al. V. Ruttenberg, et.al.,* No. CV 99-B4-3129-S (N.D. Ala.); *In re DQE, Inc. Securities Litigation,* No. 01-1851 (W.D. PA.).

## Litigation Consultant

*EUGENE J. BRANDAO* is a forensic accountant of the firm.

Mr. Brandao has performed accounting, auditing and forensic analysis since 1988. His experience includes a Big Five accounting firm background providing auditing and tax services. Mr. Brandao served as controller for a Houston law firm, and has performed forensic accounting analysis for law firms nationwide.

Mr. Brandao has been a Certified Public Accountant since May 1989, licensed in the state of Texas. He is currently a member of the American Institute of Certified Public Accountants. His responsibilities have included audit engagements for brokers and dealers in securities, banks, bank holding companies, savings and loan organizations, energy companies and not-for-profit organizations.


CAULEY BOWMAN

Prior to joining Cauley Bowman, Mr. Brandao provided litigation consulting services with Moore, Tyler & Company from March 1992 through March 2002. Among Mr. Brandao's assignments were engagements involving breach of contract and dispute settlement, auditing malpractice, and assessment of officer and director fraud and mismanagement. He has provided consultation and analysis on securities fraud as well as lost profits and business valuation engagements in multiple industries, and has also performed services for various businesses to calculate damages sustained as a result of embezzlement and other types of fraud and mismanagement. In addition, Mr. Brandao served as controller for Moore, Tyler & Company, handling accounting, payroll, accounts payable, accounts receivable, billing, budgeting and tax reporting.

Mr. Brandao received his Bachelor of Arts in Pre-Law from Louisiana Tech University. After eight years as a field service representative in the petroleum and natural gas industry, Mr. Brandao earned a Masters of Science in Accountancy from the University of Houston.

## Leadership Positions

Cases where Cauley Bowman has held a leadership position of Lead or Co-Lead Plaintiffs' Counsel or as a member of the Executive Committee of Counsels:

*In re Abercrombie & Fitch Company Securities Litigation*, United States District Court for the Southern District of New York, Civil No. M21-83 (TPG) (Executive Committee; $6 million settlement)

*In re Acclaim Entertainment Inc. Securities Litigation*, United States District Court for the Eastern District of New York, No. 03-CV-1270 (JS) (ETB) (Co-Lead Counsel)

*William J. Stoddard v. Advanta Nat'l Bank USA*, Delaware Superior Court, New Castle County, No. 97C-08-206 (VAB) (Co-Lead Counsel; $11 million settlement)

*Article Four Trust v. Amerco, et al.*, United States District Court for the District of Nevada, No. CV-N-03-0050-DWH VPC (Co-Lead Counsel)

*Desert Orchid Partners, LLC v. Transaction Systems Architects, Inc.*, United States District Court for the District of Nebraska, Case No. 02-CV-553 (Co-Lead Counsel; $24.5 million settlement)

*In re American Educational Products, Inc. Shareholder Litigation*, District Court for Boulder County, Colorado, No. 00-CV-1122, Div. 5 (Co-Lead Counsel)

*In re Arcadia Financial Ltd. Shareholder Litigation*, District Court for Hennepin County, Minnesota, No. 99-15992 (Co-Lead Counsel)

*Richard Bell, et al. v. Ascendant Solutions, Inc., et al.*, United States District Court for the Northern District of Texas, Dallas Division, No. 3-01-CV-0166-P (Co-Lead Counsel)



CAULEY BOWMAN

*In re Ashanti Goldfields Securities Litigation*, United States District Court for the Eastern District of New York, No. CV-00-0717 (DGT) (RML) (Co-Lead Counsel; $15 million settlement)

*J.D. Perkins, et al. v. Christopher T. Sortwell, et* al. (Aurora Foods), Superior Court of California, San Francisco County, No. 311498 (Lead Derivative Counsel)

*Brian Asher v. Baxter International, Inc., et al.*, United States District Court for the Northern District of Illinois, Eastern Division, Case No. 02 C 5608 (Co-Lead Counsel)

*Herbert Huppert v. Robert Martini* (Bergen Brunswig), United States District Court for the Central District of California,  No. SA-CV-00-364-AHS (Lead Derivative Counsel)

*In re Black Box Corporation Securities Litigation*, United States Court for the Western District of Pennsylvania, No. 03 CV 412 (Co-Lead Counsel)

*In re Beverly Enterprises, Inc. Derivative Litigation*, United States District Court for the Eastern District of Arkansas, Western Division, No. LR-C-99-826 (Co-Lead Counsel)

*In re BISYS Securities Litigation, Inc.*, United States District Court Southern District of New York, Civil Action No. 04-CV-3840 (Lead Counsel; $66.8 million settlement)

*In re Blockbuster, Inc. Securities Litigation*, United States District Court for the Northern District of Texas, Dallas Division, No. 3:03-CV-03098-M LEAD (Co-Lead Counsel)

*Lynne H. Sinay, et al. v. Boron LePore & Assocs., Inc.*, et al., United States District Court for the District of New Jersey, No. 99-2231 (DRD) (Co-Lead Counsel; $4.7 million settlement)

*In re Central Parking Corporation Securities Litigation*, United States District Court for the Middle District of Tennessee, Nashville Division, No. 03-CV-0546 (Co-Lead Counsel; $4.85 million)

*In re Cherry Corp. Shareholders Litigation*, Delaware Chancery Court, New Castle County, C.A. No. 18007 NC (Co-Lead Counsel)

*In re Chromcraft Shareholders Litigation*, Delaware Chancery Court, New Castle County, C.A. No. 18571 (Co-Lead Counsel)

*H. Carl McCall, etc. v. Richard L. Scott, et al.*, United States District Court for the Middle District of Tennessee, Nashville Division, No. 3:97-0838 (Derivative Litigation Executive Committee, $14 million settlement with extensive corporate governance measures adopted)

-12-



CAULEY BOWMAN

*Dasburg, S.A. et al. v. Corrections Corporation of America, et al.*, Court of Chancery for Tennessee, 20th Judicial District, Davidson County, No. 98-2391-III (Lead Counsel; $11.5 million settlement in cash and stock)

*In Re Covad Securities Litigation*, United States District Court for the Northern District of California, No. C-00-3891-PJH (Co-Lead Counsel; $16.5 million in cash and stock)

*Nat Orme v. Michael R. Cunningham, et al.*, Superior Court of New Jersey, Chancery Division, Hudson County, No. C-69-00 (Co-Lead Counsel)

*In re Del Webb Corporation Shareholders Litigation*, Delaware Chancery Court, New Castle County, C.A. No. 18357 NC (Co-Lead Counsel)

*In re DQE, Inc. Securities Litigation*, United States District Court, Western District of Pennsylvania, No. 01-1851 (Co-Lead Counsel; $12 million settlement)

*In re Dynacq International, Inc. Securities Litigation*, United States District Court for the Southern District of Texas, Houston Division, No. H-02-0377 (Co-Lead Counsel)

*In re Eaton Vance Corporation Securities Litigation*, United States District Court for the District of Massachusetts, Civil Action No. 01-10911-EFH (Co-Lead Counsel; $5 million settlement)

*Edward Steele, et al. v. Welch, et al.* (FAO, Inc.), United States District Court for the Eastern District of Pennsylvania, No. 03-942-MMB (Co-Lead Counsel)

*Harry Amsterdam et al. v. FleetBoston Financial Corporation et al.*, United States District Court for the District of New Jersey, No. 02-CIV-4561 (WGB) (Co-Lead Counsel)

*Earl Culp, et al. v. Gainsco, Inc., et al.*, United States District Court for the Southern District of Florida, No. 03-20854-CIV-LENARD/SIMONTON (Co-Lead Counsel)

*Andris Indriksons, et al. v. Hamilton Bancorp Inc., et al.*, United States District Court for the Southern District of Florida, Miami Division, No. 01-CV-0056-GOLD (Co-Lead Counsel; $9 million settlement)

*Beverly Verga, et al. v. Hammerhead's Sea Grille of Juno Beach, Inc.*, Circuit Court for Palm Beach County, Florida, No. CL 98-6663 AN (Lead Counsel)

*In re HealthSouth Corp. Securities Litigation*, United States District Court for the Northern District of Alabama, Southern Division, No. CV-98-J-2634-S (Executive Committee)

-13-

25



CAULEY BOWMAN

*In re Il Fornaio America Corporation, et al.,* Shareholders Litigation, Delaware Chancery Court, New Castle County, C.A. No. 18506 (Co-Lead Counsel)

*Boris Pozniak v. Imperial Chemical Industries PLC, et al.,* United States District Court for the Southern District of New York, No. 1:03cv2457 (NRB) (Co-Lead Counsel)

*In re Independent Energy Holdings PLC Securities Litigation,* United States District Court for the Southern District of New York, No. 00 Civ. 6689 (Executive Committee; $48 million settlement)

*Martin Fogel v. Information Management Associates, Inc.,* United States District Court for the District of Connecticut, No. 3:00-CV-135 (AWT) (Co-Lead Counsel; $4.1 million settlement)

*In re Initial Public Offering Securities Litigation,* United States District Court, Southern District of New York, 21 MC 92 (SAS) (Steering Committee Member; $ 1 billion partial settlement reached with a one group of defendants)

*Walter E. Smith v. Interstate Bakeries Corp. et al.,* United States District Court for the Western District of Missouri, No. 4:03-cv-00142-FJG (Co-Lead Counsel; $18 million settlement)

*Jerome Deckler, et al. v. Ionics, Inc., et al.,* United States District Court for the District of Massachusetts, No. 03-CV-10393 (WGY) (Lead Counsel)

*In re IXL Enterprises, Inc. Securities Litigation,* United States District Court for the Northern District of Georgia, Atlanta Division, No. 1:00-CV-2347-CC (Co-Lead Counsel; $2.5 million settlement)

*In re J. Jill Group, Inc. Securities Litigation,* United States District Court for the District of Massachusetts, No. 03-CV-10918 - WGY (Co-Lead Counsel)

*Rosa A. Garza, et al. v. J.D. Edwards & Company, et al.,* United States District Court for the District of Colorado, No. 99—1744 (Co-Lead Counsel; $15 million settlement)

*State of Wisconsin Investment Board, et al. v. Harold Ruttenberg, et al.* (Just For Feet), United States District Court for the Northern District of Alabama, Southern Division, No. CV-99-BU-3097-S (Court Appointed Special Counsel; $34 million settlement)

*In re JWGenesis Financial Corporation Shareholder Litigation,* Circuit Court for Palm Beach County, Florida, No. CL 00-8661 AG (Co-Lead Counsel)

*In re Keyspan Securities Litigation,* United States District Court for the Eastern District of New York, No. CV-01-5852 (ARR) (MDG) (Co-Lead Counsel; $13.75 million settlement)

-14-



CAULEY BOWMAN

    *Todd Holley, et al. v. Kitty Hawk Inc., et al.*, United States District Court for the Northern District of Texas, Dallas Div., No. 3-00-CV-0828-P (Co-Lead Counsel; $2.75 million settlement)

    *In re Lernout & Hauspie Securities Litigation*, United States District Court for the District of Massachusetts, No. 00-CV-11589-PBS (Co-Lead Counsel; $115 million settlement)

    *In re Loral Space & Communication Ltd. Securities Litigation*, United State District Court for the Southern District of New York, Master File No. 01-CV-1388 (JGK) (Co-Lead Counsel)

    *In re MCG Capital Corporation Securities Litigation*, United States District Court for the Eastern District of Virginia, Alexandria Division, No. 1:03cv0114-A (Co-Lead Counsel)

    *Isabel J. Griffin, et al. v. MedPartners, Inc., et al.*, Circuit Court of Jefferson County, Alabama, No. CV-98-00297 (Lead Counsel for purchasers of TAPS Securities; $25 million settlement for TAPS purchasers, $65 million total settlement)

    *Douglas A. Wilson, et al. v. MicroFinancial Incorporated, et al.*, United States District Court for the District of Massachusetts, No. 03-CV-11883 (RGS) (Co-Lead Counsel)

    *In re Midway Games, Inc. Securities Litigation*,  United States District Court for the Northern District of Illinois, Eastern Division, No. 03 C 6821

    *In re Mikasa Inc. Shareholders Litigation*, Delaware Chancery Court, New Castle County, C.A. No. 18300 NC (Co-Lead Counsel)

    *Robert O. Neibert v. Monarch Dental Corp.*, United States District Court for the Northern District of Texas, Dallas Division, No. 3:99-CV-762-X (Co-Lead Counsel; $3.5 million settlement)

    *In re Monterey Pasta Company Securities Litigation*, United States District Court for the Northern District of California, No. 3:03 CV 00632 MJJ (Co-Lead Counsel)

    *Harold Hicks v. Morgan Stanley & Co., et al.*, United States District Court for the Southern District of New York, Civil Action No. 01 CV 10071 (Co-Lead Counsel; $10 million settlement)

    *E. Paul Larett, et al. v. Michael L. Robertson, et al.* (MP3.com), Superior Court of California, County of San Diego, No. GIC-754696 (Co-Lead Derivative Counsel)

    *Michael Rocco v. Nam Tai Electronics, Inc. et al.*, United States District Court for the Southern District of New York, No. 03-CV-1148 (Lead Counsel)

-15-

27



CAULEY BOWMAN

*In re National Golf Properties, Inc. Securities Litigation*, United States District Court for the Central District of California, Western Division, No. 02-1383-GHK(RZx; $4.175 million settlement)

*In re NewPower Holdings Securities Litigation*, United States District Court for the Southern District of New York, Civil Action No. 01civ1550 (CLB) (Co-Lead Counsel; $41 million settlement)

*In re Oneok Derivative Litigation*, District Court of Tulsa County, Oklahoma, No. CJ-2000-00593 (Co-Lead Derivative Counsel)

*In re Orbital Sciences Corporation Securities Litigation*, United States District Court for the Eastern District of Virginia, Alexandria Division, No. 99-197-A (Co-Lead Counsel for Section 11 Claims; $23.5 million settlement)

*In re Parametric Technology Corp. Securities Litigation*, United States District Court for the District of Massachusetts, No. 03 CV 10290 (Co-Lead Counsel)

*In re Pcom, Inc. Securities Litigation*, Superior Court of California, County of Santa Clara, No. CV-776853 (Co-Lead Counsel; $16 million settlement)

*Jason Adelman, et al., v. PEC Solutions, Inc., et al.*, United States District Court for the Eastern District of Virginia, Alexandria Division, Civil Action No. 03-331-A (Co-Lead Counsel)

*In re Phycor Shareholder Litigation*, United States District Court for the Middle District Tennessee,  No. 3:990807 (Co-Lead Counsel; $11.2 million settlement)

*In re Pinnacle Systems Securities Litigation*, United States District Court for the Northern District of California, No. C-00-2596-MM (Co-Lead Counsel)

*Bill Koplovitz v. Plains Resources, Inc., et al.*, United States District Court for the Southern District of Texas, Houston Division, No. H-99-4212 (Lead Counsel; $5.4 million settlement)

*Citiline Holdings, Inc. v. Printcafe Software, Inc. et al.*, United States District Court for the Western District of Pennsylvania, Civil Action No. 03-0959 (Co-Lead Counsel)

*John Neiger, et al. v. Doctor Crants, et al. Prison Realty Securities Litigation*, United States District Court for the Middle District of Tennessee, Nashville Division, No. 3-99-1205 (Lead Counsel; $11.5 million settlement, cash and stock)

*In re Bernstein v. Prison Realty Trust, Inc., et al.*, Chancery Court for the State of Tennessee, 20th Judicial District, Davidson County, No. 99-3794-III (Lead Counsel)

-16-



*Samuel Brand v. Colleen Conway Welch, et al.* (Quorum Health Group), Circuit Court for Davidson County, Tennessee, No. 00C-3066 (Co-Lead Counsel)

*Richard Slatten v. Rayovac Corporation, et al.*, United States District Court for the Western District of Wisconsin, Case No. 02 C 0325 C (Co-Lead Counsel; $4 million settlement)

*Yvon DuPaul v. H. Edwin Trusheim, et al.* (Rehabcare Group), Circuit Court of the county of St. Louis, Missouri, No. 02 CC 3039 (Lead Derivative Counsel)

*Edward J. Vranizan v. William E. Morgenstern, et al.* (Rent-Way Derivative Litigation), United States District Court for the Western District of Pennsylvania, C.A. No. 01-46, Erie (Lead Derivative Counsel)

*Paul L. Ruble, et al. v. Rural Metro Corp., et al.*, United States District Court for the District of Arizona,  No. CIV-99-822-PHX-RGS (Co-Lead Counsel; $15 million settlement)

*Lone Star Ladies Investment Club v. Schlotzskys, Inc.*, United States District Court for the Western District of Texas,  No. A-98-CA-550-JN (Co-Lead Counsel; $2 million settlement)

*In re Service Corporation International*, United States District Court for the Southern District of Texas, Houston Division, No. H-99-280 (Executive Committee)

*Trinity Holdings Corp. v. Sirrom Capital Corp., et al.*, United States District Court for the Middle District of Tennessee, No. 3-98-0643 (Executive Committee; $15 million settlement)

*William Straub v. The Solomon-Page Group Ltd.*, Delaware Chancery Court, New Castle County, C.A. No. 17977 NC (Co-Lead Counsel)

*Lloyd Bahr, et al. v. Springs Industries, Inc., et al.*, State of South Carolina in the Court of Common Pleas, County of York, No. 2001-CP-46–374 (Co-Lead Counsel)

*In re Stone & Webster Inc. Securities Litigation*, United States District Court for the District of Massachusetts, No. 00-CV-10874-RCL (Executive Committee)

*In re Sunburst Hospitality Corporation Shareholders Litigation*, Delaware Chancery Court, New Castle County, C.A. No. 18343 NC (Co-Lead Counsel)

*Frank Rogers v. Sunrise Medical, Inc., et al.*, Superior Court of California, County of San Diego, Case No. GIC 756421 (Co-Lead Counsel)

-17-



CAULEY BOWMAN

*In re Sunstar Healthcare Securities Litigation*, United States District Court for the Middle District of Florida, Orlando Division, No. 6:00-CV-172-ORL-28C (Executive Committee)

*In re Supervalu, Inc. Securities Litigation*, United States District Court for the District of Minnesota, No. 02-CV-1738 (JEL/JGL) (Co-Lead Counsel; $4 million settlement)

*George Lehocky v. Tidel Technologies, Inc. et al.*, United States District Court for the Southern District of Texas, Houston Division, No. H-01-3741 (Executive Committee)

*David Montalvo v. Tripos, Inc. et al.*, United States District Court for the Eastern District of Missouri, Eastern Division, No. 4:03CV995SNL (Co-Lead)

*Richard R. Reina v. Tropical Sportswear International Corporation, et al.*, United States District Court for the Middle District of Florida, Tampa Division, No. 8:03-CV-1958-T23TGW (Co-Lead Counsel)

*In re U.S. Franchise Systems, Inc. Securities Litigation*, United States District Court for the Northern District of Georgia, Atlanta Division, No. 1:00-CV-1244-RLV (Co-Lead Counsel)

*In re U.S. Liquids Securities Litigation*, United States District Court for the Southern District of Texas, Houston Division, No. H-99-2785 (Co-Lead Counsel)

*In re United Television, Inc. Shareholders Litigation*, Delaware Chancery Court, New Castle County, C.A. No. 18218 NC (Co-Lead Counsel)

*Irene Abrams v. VanKampen Funds, Inc., et al.*, United States District Court for the Northern District of Illinois, Eastern Division, No. 01 C 7538 (Co-Lead Counsel; $30 million settlement)

*David T. O'Neal Trust v. Vanstar Corp. et al.*, Superior Court of the State of California, County of Alameda, No. V-014193-6 (Co-Lead Counsel; $5 million settlement)

*John F. Ritter v. Joseph H. Kiser* (Vari-L), District Court of Denver, Colorado, No. 00-CV-6001 (Lead Derivative Counsel)

*In re Vertex Pharmaceuticals, Inc. Securities Litigation*, United States District Court for the District of Massachusetts, No. 03-11852-PBS (Co-Lead Counsel)

*In re Vision America Securities Litigation*, United States District Court for the Middle District of Tennessee, Nashville Division, No. 3-00-0279 (Co-Lead Counsel; $5.9 million settlement)

-18-



CAULEY BOWMAN

*Lawrence Feldman v. Walden Residential Properties, Inc., et al.*, County Court at Law #1, Dallas County, Texas, No. CC-99-11645-A (Lead Counsel for holders of common stock)

*Dorothy Coven v. World Fuel Services Corporation*, United States District Court for the Southern District of Florida, Miami Division, No. 00-0541-CIV-MORENO (Co-Lead Counsel)

*In re Fleming Corporation Securities Litigation,* United States District Court for the Eastern District of Texas, Texarkana Division, No. 5-02-CV-178 (Co-Lead Counsel for 33 Act Claims; $93.75 million settlement)

*David Slone, et.al. v. Fifth Third*, United States District Court for the Southern District of Ohio, No. 03-CV-00211 ($15 million settlement)

**EXHIBIT E**

# Baron & Budd, P.C.'s Firm Resume

I.  **FIRM OVERVIEW**

A.  **Brief History**

**Baron & Budd, P.C.**

Baron & Budd is one of the largest and most accomplished plaintiffs' law firms in the country.  Since it was founded in 1977, Baron & Budd has garnered national acclaim for championing the rights of people and communities harmed by corporate misconduct. Baron & Budd was named to "The Plaintiffs' Hot List" of exemplary plaintiffs' firms in the United States by *The National Law Journal* in 2003 and 2004.  In 2004, *American Lawyer* named Baron & Budd one of the 16 most successful plaintiffs' firms in the country.  With over 60 attorneys and more than 300 staff, Baron & Budd has the resources to prosecute even the largest and most complex claims. Additional information regarding the firm can be found at the firm's securities litigation website, www.securitiesactions.com.  Additionally, general information about the firm can be found at www.baronandbudd.com.

B.  **Representative Clients**

Baron & Budd currently monitor the investment portfolios and provide securities litigation counsel to:

- Public Employees' Retirement System of Mississippi
- State of Georgia Public Employees' Retirement System
- Louisiana School Employees' Retirement System ("LSERS")
- Louisiana Education Quality Trust Fund
- City of Shreveport Employees' Retirement System
- Many union pension funds, including that of the Louisiana AFL-CIO

32

Baron & Budd also represents:

- Over 140 municipalities, water providers and private well owners in 18 states in litigation seeking clean-up for contamination caused by the gasoline additive MTBE.

- The City of Los Angeles in litigation against Hotels.com for failing to remit sufficient sales tax to the city.

- The City of El Paso, Texas in litigation against ASARCO, Inc. seeking clean-up costs for lead and arsenic contamination released into the community from smelter operations.

**C.    Notable Accomplishments and Activities**

- Baron & Budd has been named lead counsel on behalf of the Public Employees' Retirement system of Mississippi in the securities class action *Ley v. Visteon Corp., et al.*, No. 05-CV-70737-DT, United States District Court, Eastern District of Michigan.  Baron & Budd seeks the return of the nearly $2.3 billion in lost market capitalization incurred by Visteon shareholders.

- Baron & Budd has been named co-lead counsel in *In re: 7-Eleven, Inc. Shareholders Litigation*, No. 05-08944-M, 298th District Court, Dallas County, Texas.  Baron & Budd represents shareholders in an effort to increase the amount of a tender offer in a transaction turning a publicly traded company into a privately held entity.

- Baron & Budd filed putative class actions against 43 different mutual fund families across 11 states in January 2005.  In these suits, Baron & Budd has alleged that the mutual fund companies breached fiduciary duties owed to fund shareholders by failing to file proof of claim forms in settled securities cases for which the fund was eligible.  As a result, the funds' shareholders did not obtain recoveries to which they were rightfully entitled.  A recent law review article by professors at Duke University and Vanderbilt University estimate that institutional investors such as these mutual funds leave more than $1 billion per year unclaimed.

- Baron & Budd was the lead firm representing the City of Santa Monica in achieving a landmark $300+ million settlement with several oil companies to pay for clean up costs of the city's drinking water supply, which was contaminated with the gasoline additive MTBE. *City of Santa Monica, et al. v. Shell Oil, et al.*, No. 01-CC-04331, California Superior Court, Orange County.

2

33

- Baron & Budd served as lead counsel representing Communities for a Better Environment, a California environmental group, in reaching an unprecedented multi-million dollar agreement in March 2004 with Exxon Mobil, whereby the oil company will upgrade gas stations, clean up groundwater contamination, and enact other changes to its gasoline distribution system to protect California drinking water from contamination caused by leaking underground storage tanks throughout the state.

- Baron & Budd has played a lead role in representing plaintiffs injured by the diet drugs commonly known as "Fen-Phen" in claims filed both with the AHP Settlement Trust and in numerous state courts.  The firm was instrumental in negotiating the Seventh Amendment to the AHP Settlement Agreement, which commits the defendants to an additional $1.275 billion in funds to the Trust, plus a guaranteed surgery benefit for progression claims, for most Level I and II Matrix claims on-file with the Trust.

- Baron & Budd managing shareholder Russell Budd was a chief architect of an accord with Halliburton Co. in December 2002 that created a $4 billion trust fund for asbestos victims.

- Baron & Budd secured a $400+ million settlement in May 2004 with Travelers Insurance Co. to resolve a suit involving bad faith settlement practices in asbestos cases by the insurance company.

- Baron & Budd achieved a confidential settlement with Conoco, Inc. and Condea Vista Chemical Company on behalf of over 850 workers injured by exposure to eyhylene dichloride (EDC) and other contaminants resulting from one of the largest chemical spills in U.S. history. (*Robin, et al., v. Conoco, Inc., el al.*, 97-8548, 14th Judicial Dist., Ct., Calcasieu Parish, LA).

- Baron & Budd represents over 800 former students of Beverly Hills High School, many of whom have developed cancers caused by their exposure to toxic substances released during oil drilling operations on the school grounds. *Moss, et al. v. Venoco, et al.*, BC 297083, Los Angeles County Superior Court, California. The highly-publicized lawsuit has been the subject of articles in *People, Glamour, Vanity Fair*, and several other publications. It is currently set for trial in March 2006.

- Baron & Budd is lead counsel in a case brought by over 2,200 residents in the vicinity of Gulf Port, Mississippi, many of whom have been diagnosed with cancer and other diseases caused by dioxin emissions from a local DuPont

chemical plant. *Govan, et al. v. DuPont, et al.*, 2002-376-CV12, Mississippi Circuit Court, Jones County. The case is set for trial in September 2005.

- Baron & Budd represents over 1,200 former workers and their family members injured by exposure to mercury and other hazardous substances released by a West Virginia light bulb manufacturing plant. *Fullen, et al. v. Phillips Electronics North America Corp., et al.*, 01-C-319, West Virginia Circuit Court, Marion County.

- Baron & Budd attorneys, through the non-profit Trial Lawyers Care created by the Association of Trial Lawyers of America, provided pro bono representation to claimants seeking compensation through the September 11th Victims Compensation Fund ("VCF"). Final awards have been granted in 13 cases handled by Baron & Budd attorneys. To our knowledge, Baron & Budd attorneys handled the greatest number of pro bono VCF claims of any law firm based outside of the mid-Atlantic region.

## II.    THE BARON & BUDD ATTORNEY TEAM

Baron & Budd believes in a team approach to litigation in order to parlay the talents of many attorneys, paralegals and other staff professionals on behalf of our clients.

**Russell Budd:** Managing shareholder of Baron & Budd, P.C. Russell Budd helped build Baron & Budd into one of the largest trial law firms in the country. He was a chief negotiator in a national settlement with Halliburton, which allocated $4 billion of the company's assets to asbestos victims. As chair and member of several asbestos creditors' bankruptcy committees, he has successfully resolved over 100,000 victims' claims with some of Wall Street's biggest companies. Russell has also successfully tried dozens of cases. In 2003 and 2005, Russell was named to the D Magazine list of "Best Lawyers in Dallas" and in both 2003 and 2004, to the Law & Politics Media lists of "Texas Super Lawyers" and "Top 100 Dallas/Fort Worth Super Lawyers." Russell has also received the top rating from the Martindale-Hubbell Law Directory, a reflection of having achieved the highest levels of professional skill and integrity as established by confidential opinions from members of the bar and the judiciary. Russell is a member of the American Board of Trial Advocates, the Association

4

of Trial Lawyers of America, Dallas Trial Lawyers Association, and Trial Lawyers for Public Justice.

**Burton LeBlanc:** In 1996 Burton founded LeBlanc & Waddell and began not only to litigate cases but to also follow his passion to serve as an advocate for victims' rights and consumers at the Louisiana Legislature and before the United States Congress. Burton has served as president of the Louisiana Association for Justice (Louisiana Trial Lawyers Association). He has been appointed to numerous committees by federal courts and the Louisiana Supreme Court. He has testified before the Louisiana legislature, appeared on radio and television shows, and spoken at numerous legal seminars. Burton is active in the American Association for Justice where he serves on the Board of Governors, National Finance Committee, PAC Committee and the Leaders Forum. Most recently, Burton was a recipient of the Wiedemann Wysocki National Finance Council Award and also serves as Vice-President of the Council of Presidents for State Trial Lawyer Associations. He also serves as President of Cancer Services of Greater Baton Rouge, one of the largest non-profits in the greater Baton Rouge area.

Burton's firm, LeBlanc & Waddell, joined forces with the Dallas-based plaintiffs' firm Baron & Budd, PC in 2004 in order to create an even stronger force to battle corporate misconduct. Burton currently serves as "of counsel" to Baron & Budd while maintaining his oversight duties at LeBlanc & Waddell.

5

36