MARK I. LABATON #159555
**KREINDLER & KREINDLER LLP**
707 Wilshire Boulevard, Suite 4100
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019
Email: mlabaton@kreindler.com

*Local Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIDDLESEX COUNTY RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated, </br></br>  Plaintiff, </br></br> vs. </br></br> SEMTECH CORP., JOHN D. POE, JASON L. CARLSON, MOHAN R. MAHESWARAN, DAVID G. FRANZ, JR., and JOHN M. BAUMANN, </br></br> Defendants. | Civil Action No.: CV 07-7114 CAS (FMOx) </br></br> <u>Class Action</u> </br></br> Honorable Christina A. Snyder </br></br> <u>Hearing</u> </br></br> Date: March 31, 2008 </br> Time: 10:00 a.m. </br> Courtroom: 5 |

*(Additional Caption on Following Page)*

<u>**CERTIFICATE OF SERVICE**</u>

CERTIFICATE OF SERVICE
CV 07-7114 CAS (FMOx)

| | | |
|---|---|---|
| 1 | LAWRENCE CHAYT, On Behalf of Himself and All Others Similarly Situated, | ) Civil Action No.: CV 07-7939 CAS ) (FMOx) |
| 2 | | ) |
| 3 | Plaintiff, | ) Class Action |
| 4 | vs. | ) |
| 5 | | ) Honorable Christina A. Snyder |
| 6 | SEMTECH CORP., JOHN D. POE, JASON L. CARLSON, MOHAN R. MAHESWARAN, DAVID G. FRANZ, JR., and JOHN M. BAUMANN, | ) Hearing |
| 7 | | ) Date: March 31, 2008 |
| 8 | | ) Time: 10:00 a.m. Courtroom: 5 |
| 9 | Defendants. | ) |

CERTIFICATE OF SERVICE
CV 07-7114 CAS (FMOx)

1

1    I, Mark I. Labaton, hereby certify that on February 11, 2008, I electronically
2    filed true and correct copies of the foregoing documents:

3    • Motion of the Mississippi Public Employees' Retirement System for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel

• Memorandum of Law in Support of the Motion of the Mississippi Public Employees' Retirement System for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel

• Declaration of Mark Labaton in Support of the Motion of the Mississippi Public Employees' Retirement System for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel

• [Proposed] Order for Consolidation, Appointment as Lead Plaintiff, and for Approval of Selection of Counsel

• Exhibits A-E

with the Clerk of the Court using the ECF system which will send notification to the following:

ctorell@cmht.com; efinberg@cmht.com; stoll@cmht.com

and I hereby certify that I have caused true and correct copies of the foregoing documents to be served via U.S. mail to the following non-ECF participants on the attached Service List.

                                               /s/  Mark I. Labaton
                                              Mark I. Labaton (CA SBN 159555)

CERTIFICATE OF SERVICE                                                                 1
CV 07-7114 CAS (FMOx)

# SERVICE LIST

**Middlesex County Retirement System v. Semtech Corp., et al.**
**Case No.: 1:07-cv-7183-DC**

Catherine A Torell
Cohen Milstein Hausfeld and Toll
150 East 52nd Street
New York, NY 10022

Kevin C. Logue
Paul Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022-3205

Christopher H. McGrath
Paul Hastings, Janofsky & Walker LLP
3579 Valley Centre Drive
San Diego, CA 92130

Thomas A. Zaccaro
Paul Hastings, Janofsky & Walker LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228

John Clarke, Jr.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020

Robert W. Brownlie
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297

Michele A. Higgins
Kirkpatrick & Lockhart
Preston Gates & Ellis
599 Lexington Avenue
New York, NY 10022-6030

Michael J. Quinn
Kirkpatrick & Lockhart
Preston Gates & Ellis
10100 Santa Monica Blvd, 7th Floor
Los Angeles, CA 90067

| | |
|---|---|
| 1 | Grace L. Chan |
| 2 | HOWREY LLP |
|   | Citigroup Center |
| 3 | 153 East 53rd Street, 54th Floor |
| 4 | New York, NY 10022 |
| 5 | Robert E. Gooding, Jr. |
|   | HOWREY LLP |
| 6 | 2020 Main Street, Suite 1000 |
| 7 | Irvine, CA 92614 |
| 8 | Bert H. Williams |
|   | Munger, Tolles & Olson LLP |
| 9 | 355 South Grand Avenue, 35th Floor |
| 10 | Los Angeles, CA 90071-1560 |