ROBERT W. BROWNLIE (Bar No. 138793)
robert.brownlie@dlapiper.com
JENNIFER M. FELDMAN (Bar No. 216645)
jennifer.feldman@dlapiper.com
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

NICK MORGAN (Bar No. 166441)
nicolas.morgan@dlapiper.com
DLA PIPER US LLP
1999 Avenue of the Stars, Suite 400
Los Angeles, CA 90067-6023
Tel: 310.595.3000
Fax: 310.595.3300

Attorneys for Defendant
DAVID G. FRANZ, JR.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN RE: SEMTECH CORPORATION SECURITIES LITIGATION | CASE NO. 2:07-CV-07114-CAS (FMOX) |
|---|---|
| | **NOTICE OF MOTION AND MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |
| | Courtroom: 5, 2nd Floor<br>Judge: Hon. Christina A. Snyder<br>Date: December 8, 2008<br>Time: 10:00 am |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on December 8, 2008, at 10:00 am, or at such later date and time as the court may order, in Courtroom 5 of the above-captioned court, located at 312 N. Spring Street, Los Angeles, California, Defendant David G. Franz, Jr. ("Franz") will and hereby does move to dismiss the Consolidated Amended Class Action Complaint (the "Complaint"). Franz seeks an order

-1-

DLA PIPER US LLP
SAN DIEGO

WEST\21475447.1
361794-000001

CASE NO. 2:07-CV-07114-CAS (FMOX)
NOTICE OF MOTION AND MOTION TO DISMISS

dismissing the Complaint under the Private Securities Litigation Reform Act of 1995 (the "Reform Act"), Federal Rule of Civil Procedure 9(b) ("Rule 9(b)") and Federal Rule of Civil Procedure 12(b)(6) ("Rule 12(b)(6)"). This motion is based on this Notice; the Memorandum of Points and Authorities; and argument of counsel at the hearing.

Dated: August 18, 2008

                    DLA PIPER US LLP

                    By: /s/ Robert W. Brownlie
                         ROBERT W. BROWNLIE
                         JENNIFER M. FELDMAN
                         Attorneys for Defendant
                         DAVID G. FRANZ, JR.

DLA PIPER US LLP
SAN DIEGO

WEST\21475447.1
361794-000001

-2-

CASE NO. 2:07-CV-07114-CAS (FMOX)
NOTICE OF MOTION AND MOTION TO DISMISS