1  THOMAS A. ZACCARO (SB# 183241)
   (thomaszaccaro@paulhastings.com)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street, Twenty-Fifth Floor
3  Los Angeles, CA  90071-2228
   Telephone:  (213) 683-6000
4  Facsimile:  (213) 627-0705

5  CHRISTOPHER H. McGRATH (SB# 149129)
   (chrismcgrath@paulhastings.com)
6  COLLEEN E. HUSCHKE (SB# 191402)
   (colleenhuschke@paulhastings.com)
7  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   3579 Valley Centre Drive
8  San Diego, CA  92130
   Telephone:  (858) 720-2500
9  Facsimile:  (858) 720-2555

10 EDWARD HAN (SB# 196924)
   (edwardhan@paulhastings.com)
11 PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, Twenty-Fourth Floor
12 San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
13 Facsimile:  (415) 856-7100

14 Attorneys for Defendants
   *Jason L. Carlson and Mohan R. Maheswaran*
15

16                UNITED STATES DISTRICT COURT

17                CENTRAL DISTRICT OF CALIFORNIA

18                       WESTERN DIVISION

19 | | |
   |---|---|
   | IN RE SEMTECH CORPORATION SECURITIES LITIGATION | CASE NO.  2:07-cv-07114-CAS (FMOx) |
   | | **NOTICE OF MOTION AND MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT BY DEFENDANTS JASON L. CARLSON AND MOHAN R. MAHESWARAN** |
   | | Date:   December 8, 2008<br>Time:   10:00 a.m.<br>Ctrm.:  5<br>Judge:  Hon. Christina A. Snyder |

**TO LEAD PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on December 8, 2008, at 10:00 a.m., in the United Stated District Court for the Central District of California, Western Division, located at 312 N. Spring Street, Los Angeles, California, before Honorable Christina A. Snyder in Courtroom 5, 2nd Floor, defendants Jason L. Carlson and Mohan R. Maheswaran will and hereby do move the Court for an order dismissing the "Consolidated Amended Class Action Complaint" pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 78u-4 *et seq.* ("Reform Act").

Defendants Carlson and Maheswaran's Motion is made on the following grounds:

1. Plaintiff fails to meet the heightened pleading standards of the Reform Act and Rule 9(b) of the Federal Rules of Civil Procedure;

2. Specifically, as to defendants Carlson and Maheswaran, the plaintiff fails to state a claim under Section 10(b)/Rule 10b-5 of the Securities Exchange Act of 1934 ("Exchange Act") by failing to plead particularized facts supporting each of the elements of the claim; and

3. The plaintiff also fails to state a claim under Section 20(a) of the Exchange Act because of its failure to plead a primary violation under Section 10(b), and because the plaintiff fails to adequately plead that either of these individual defendants is a "control person" within the meaning of the statute.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Joint Request for Judicial Notice, and the Appendix of Supplemental Authorities, all filed and served herewith, on the papers and records on file in this case, and such other evidence and arguments that may be presented at or before the hearing on this Motion.

1  This Motion is made following the conferences of counsel pursuant to L.R. 7-
2  3 which took place in connection with the stipulation filed on June 17, 2008 and the
3  order entered in this action on July 11, 2008.

5  DATED:  August 18, 2008        PAUL, HASTINGS, JANOFSKY
                                  & WALKER LLP

                                  By:     /s/Christopher H. McGrath
                                       CHRISTOPHER H. McGRATH

                                  Attorneys for Defendants
                                  *Jason L. Carlson and Mohan R. Maheswaran*

LEGAL_US_W # 59724952.2

-2-