1  Robert E. Gooding, Jr. (SBN 50617)
   (goodingr@howrey.com)
2  Roman E. Darmer (SBN 212578)
   (darmerr@howrey.com)
3  Todd W. Smith (SBN 223423)
   (smithodd@howrey.com)
4  HOWREY LLP
   4 Park Plaza, Suite 1700
5  Irvine, CA  92614
   Telephone:  (949) 721-6900
6  Facsimile:  (949) 721-6910

7  Bart H. Williams (SBN 134009)
   (bart.williams@mto.com)
8  Jacob S. Kreilkamp (SBN 248210)
   (jacob.kreilkamp@mto.com)
9  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 35th Floor
10 Los Angeles, CA  90071
   Telephone:  (213) 683-9100
11 Facsimile:  (213) 687-3702

12 Attorneys for Defendant
   JOHN D. POE

13

14                UNITED STATES DISTRICT COURT

15                CENTRAL DISTRICT OF CALIFORNIA

16                       WESTERN DIVISION

| | |
|---|---|
| IN RE: SEMTECH CORPORATION SECURITIES LITIGATION | Master Case No. CA 2:07-CV-07114-CAS (FMOx) |
| | CLASS ACTION |
| This Document Relates To: | **DEFENDANT JOHN D. POE'S NOTICE OF MOTION AND MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |
| ALL ACTIONS | |
| | Courtroom: 5<br>Judge: Hon. Christina A. Snyder<br>Date: December 8, 2008<br>Time: 10:00 a.m. |

**HOWREY LLP**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 8, 2008, at 10:00 a.m., in Courtroom 5 of the above-entitled Court, located at 312 N. Spring Street, #G-8, Los Angeles, California, Defendant John D. Poe will and hereby does move for an order dismissing the Consolidated Amended Class Action Complaint ("CAC") for failure to state a claim pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(6), and the Private Securities Litigation Reform Act of 1995 (the "Reform Act").

Defendant Poe moves this Court for an order dismissing the CAC because Plaintiff has failed to state a claim for securities fraud, failed to comply with the pleading requirements of the Reform Act or Rule 9(b), failed to plead facts with particularity, failed to adequately plead scienter, and failed to plead loss causation. Defendant Poe also moves this Court for an order dismissing the CAC because Plaintiff has also failed to state a claim for control person liability, and because Plaintiff's claims for securities fraud are time-barred in their entirety under the applicable statutes of limitation.

This Motion is made following the conferences of counsel pursuant to L.R. 7-3 which took place in connection with the stipulation filed on June 17, 2008 and the order entered in this action on July 11, 2008.

Dated: August 18, 2008　　　　　　　　　HOWREY LLP


　　　　　　　　　　　　　　　　　　　　By: /s/ Roman E. Darmer
　　　　　　　　　　　　　　　　　　　　　　ROMAN E. DARMER

　　　　　　　　　　　　　　　　　　　　MUNGER TOLLES & OLSON LLP
　　　　　　　　　　　　　　　　　　　　Bart H. Williams
　　　　　　　　　　　　　　　　　　　　Jacob S. Kreilkamp

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　JOHN D. POE