1   ROBERT W. BROWNLIE (Bar No. 138793)
    robert.brownlie@dlapiper.com
2   JENNIFER M. FELDMAN (Bar No. 216645)
    jennifer.feldman@dlapiper.com
3   DLA PIPER LLP (US)
    401 B Street, Suite 1700
4   San Diego, CA  92101-4297
    Tel:  619.699.2700
5   Fax:  619.699.2701

6   NICK MORGAN (Bar No. 166441)
    nicolas.morgan@dlapiper.com
7   DLA PIPER LLP (US)
    1999 Avenue of the Stars, Suite 400
8   Los Angeles, CA  90067-6023
    Tel:  310.595.3000
9   Fax:  310.595.3300

10  Attorneys for Defendant
    DAVID G. FRANZ, JR.
11

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14

15  IN RE:  SEMTECH CORPORATION          CASE NO.  2:07-CV-07114-CAS
16  SECURITIES LITIGATION                (FMOx)

17                                       **DEFENDANT DAVID G. FRANZ,
                                         JR.'S ANSWER TO
18                                       CONSOLIDATED AMENDED
                                         CLASS ACTION COMPLAINT**
19
                                         Courtroom:   5, 2nd Floor
20                                       Judge:       Hon. Christina A. Snyder
21
                                         Complaint Filed: May 30, 2008
22

23

24

25

26

27

28

DLA PIPER LLP (US)
SAN DIEGO

1    Defendant David G. Franz, Jr. ("Franz"), for himself and no others, hereby

2    answers the Consolidated Amended Class Action Complaint (the "Complaint").

3    Franz denies all allegations of the Complaint not specifically admitted below.

4    1.    The allegations in paragraph 1 are legal conclusions and do not require

5    an admission or denial.  To the extent an admission or denial is required, Franz

6    denies those allegations.

7    2.    The allegations in paragraph 2 are legal conclusions and do not require

8    an admission or denial.  To the extent an admission or denial is required, Franz

9    denies those allegations.

10    3.    The allegations in paragraph 3 are legal conclusions and do not require

11    an admission or denial.  To the extent an admission or denial is required, Franz

12    denies those allegations.

13    4.    Franz denies the allegations in paragraph 4.

14    5.    Franz is without knowledge or information sufficient to form a belief

15    as to the truth of the allegations in paragraph 5 and, on that basis, denies the

16    allegations in paragraph 5.

17    6.    Franz denies the allegations in paragraph 6.

18    7.    Franz is without knowledge or information sufficient to form a belief

19    as to the truth of the allegations in paragraph 7 and, on that basis, denies the

20    allegations in paragraph 7.  The research report published by the Center for

21    Financial Research and Analysis ("CFRA") referenced in this paragraph speaks for

22    itself.

23    8.    Franz is without knowledge or information sufficient to form a belief

24    as to the truth of the allegations in paragraph 8 and, on that basis, denies the

25    allegations in paragraph 8.  The stock price of Semtech Corporation ("Semtech") is

26    a matter of public record.

27    /////

28    /////

1    9.    Franz is without knowledge or information sufficient to form a belief
2    as to the truth of the allegations in paragraph 9 and, on that basis, denies the
3    allegations in paragraph 9.  The stock price of Semtech is a matter of public record.

4    10.    Franz is without knowledge or information sufficient to form a belief
5    as to the truth of the allegations in paragraph 10 and, on that basis, denies the
6    allegations in paragraph 10.  The stock price of Semtech is a matter of public
7    record.

8    11.    The allegations in paragraph 11 are legal conclusions to which no
9    admission or denial is required.  To the extent an admission or denial is required,
10   Franz denies those allegations.

11   12.    The allegations in paragraph 12 are legal conclusions to which no
12   admission or denial is required.  To the extent an admission or denial is required,
13   Franz denies those allegations.

14   13.    Franz admits the allegations in paragraph 13 that the Company
15   maintained its headquarters in this district throughout the Class Period.  The
16   remaining allegations in paragraph 13 are legal conclusions as to which no
17   admission or denial is required.  To the extent an admission or denial is required,
18   Franz denies those allegations.

19   14.    The allegations in paragraph 14 are legal conclusions to which no
20   admission or denial is required.  To the extent an admission or denial is required,
21   Franz denies those allegations.

22   15.    Franz is without knowledge or information sufficient to form a belief
23   as to the truth of the allegations in paragraph 15 concerning the dates, amounts, and
24   prices of Plaintiff's stock purchases and, on that basis, denies those allegations.
25   Defendant denies the remaining allegations in paragraph 15.

26   16.    Franz is without knowledge or information sufficient to form a belief
27   as to the truth of the allegations in paragraph 16 and, on that basis, denies the
28   allegations in paragraph 16.

1    17.    Franz is without knowledge or information sufficient to form a belief
2    as to the truth of the allegations in paragraph 17 and, on that basis, denies those
3    allegations.

4    18.    Franz is without knowledge or information sufficient to form a belief
5    as to the truth of the allegations in paragraph 18 and, on that basis, denies those
6    allegations.

7    19.    Franz is without knowledge or information sufficient to form a belief
8    as to the truth of the allegations in paragraph 19 and, on that basis, denies those
9    allegations.

10    20.    Franz admits that he served as Semtech's Vice President of Finance
11    and Chief Financial Officers ("CFO") from 1993 to 2006.  The Forms 10-Q and
12    10-K and the Certifications referenced in paragraph 20 speak for themselves.
13    Except as expressly admitted, Franz denies each and every allegation in
14    paragraph 20.

15    21.    Franz is without knowledge or information sufficient to form a belief
16    as to the truth of the allegations in paragraph 21 and, on that basis, denies those
17    allegations.

18    22.    Franz is without knowledge or information sufficient to form a belief
19    as to the truth of the allegations in paragraph 22 as they pertain to other individual
20    defendants.  As the allegations in paragraph 22 pertain to Franz, he denies those
21    allegations.

22    23.    Franz is without knowledge or information sufficient to form a belief
23    as to the truth of the allegations in paragraph 23 as they pertain to other individual
24    defendants and, on that basis, denies those allegations.  As the allegations in
25    paragraph 23 pertain to Franz, he denies those allegations.

26    24.    The allegations in paragraph 24 are legal conclusions and do not
27    require an admission or denial.  To the extent an admission or denial is required,
28    Franz denies those allegations.

1    25.    Franz is without knowledge or information sufficient to form a belief

2  as to the truth of the allegations in paragraph 25 as they pertain to other individual

3  defendants.  As the allegations in paragraph 25 pertain to Franz, he denies those

4  allegations.

5    26.    The allegations in paragraph 26 are legal conclusions and do not

6  require an admission or denial.  To the extent an admission or denial is required,

7  Franz denies those allegations.  Franz denies the remaining allegations of

8  paragraph 26.

9    27.    The allegations in paragraph 27 are legal conclusions and do not

10  require an admission or denial.  To the extent an admission or denial is required,

11  Franz denies those allegations.  Franz denies the remaining allegations of

12  paragraph 27.

13    28.    The allegations in paragraph 28 are legal conclusions and do not

14  require an admission or denial.  To the extent an admission or denial is required,

15  Franz denies those allegations.  Franz denies the remaining allegations of

16  paragraph 28.

17    29.    The allegations in paragraph 29 are legal conclusions and do not

18  require an admission or denial.  To the extent an admission or denial is required,

19  Franz denies those allegations.  Franz denies the remaining allegations of

20  paragraph 29.

21    30.    The allegations in paragraph 30 are legal conclusions and do not

22  require an admission or denial.  To the extent an admission or denial is required,

23  Franz denies those allegations.  Franz denies the remaining allegations of

24  paragraph 30.

25    31.    The allegations in paragraph 31 are legal conclusions and do not

26  require an admission or denial.  To the extent an admission or denial is required,

27  Franz denies those allegations.  Franz denies the remaining allegations of

28  paragraph 31.

1      32.    Franz is without knowledge or information sufficient to form a belief
2   as to the truth of the allegations in paragraph 32 and, on that basis, denies the
3   allegations in paragraph 32.

4      33.    The hypothetical contained in paragraph 33 is not an allegation of fact,
5   and thus Franz need not provide an answer.  To the extent an answer is required,
6   Franz is without knowledge or information sufficient to form a belief as to the truth
7   of the allegations in paragraph 33 and, on that basis, denies the allegations in
8   paragraph 33.

9      34.    Franz is without knowledge or information sufficient to form a belief
10  as to the truth of the allegations in paragraph 34 and, on that basis, denies the
11  allegations in paragraph 34.

12     35.    Franz is without knowledge or information sufficient to form a belief
13  as to the truth of the allegations in paragraph 35 and, on that basis, denies the
14  allegations in paragraph 35.  The 1998 Long Term Stock Incentive Plan (the "1998
15  Plan") and the 1994 Long Term Stock Incentive Plan (the "1994 Plan") referenced
16  in paragraph 35 speak for themselves.

17     36.    Franz is without knowledge or information sufficient to form a belief
18  as to the truth of the allegations in paragraph 36 and, on that basis, denies the
19  allegations in paragraph 36.  The 1998 Plan and the 1994 Plan speak for
20  themselves.

21     37.    Franz is without knowledge or information sufficient to form a belief
22  as to the truth of the allegations in paragraph 37 and, on that basis, denies the
23  allegations in paragraph 37.  The 1998 Plan speaks for itself.

24     38.    Franz is without knowledge or information sufficient to form a belief
25  as to the truth of the allegations in paragraph 38 and, on that basis, denies the
26  allegations in paragraph 38.  The 1998 Plan speaks for itself.

27     39.    Franz is without knowledge or information sufficient to form a belief
28  as to the truth of the allegations in paragraph 39 and, on that basis, denies the

DLA Piper LLP (US)
San Diego
WEST\21642011.1
361794-000001
CASE NO.  2:07-CV-07114-CAS (FMOx)

allegations in paragraph 39.  The 1998 Plan and the 1994 Plan speak for themselves.

40.    Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 40 as they pertain to other individual defendants and, on that basis, denies those allegations.  As the allegations in paragraph 40 pertain to Franz, he denies those allegations.

41.    Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 41 and, on that basis, denies the allegations in paragraph 41.  SEC Regulation S-X, 17 C.F.R. § 210.4-01(a) speaks for itself.

42.    Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 42 and, on that basis, denies the allegations in paragraph 42.  Accounting Principles Board Opinion No. 25 ("APB 25") speaks for itself.

43.    Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 43 and, on that basis, denies the allegations in paragraph 43.

44.    Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 44 and, on that basis, denies the allegations in paragraph 44.

45.    Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 45 and, on that basis, denies the allegations in paragraph 45.

46.    Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 46 and, on that basis, denies the allegations in paragraph 46.

/////

/////

DLA PIPER LLP (US)
SAN DIEGO

WEST\21642011.1
361794-000001

47.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 47 and, on that basis, denies the allegations in paragraph 47.

48.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 48 and, on that basis, denies the allegations in paragraph 48.

49.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 49 and, on that basis, denies the allegations in paragraph 49.  The Wall Street Journal Article referenced in paragraph 49 speaks for itself.

50.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 50 and, on that basis, denies the allegations in paragraph 50.  The Wall Street Journal Article referenced in paragraph 50 speaks for itself.

51.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 51 and, on that basis, denies the allegations in paragraph 51.  The Wall Street Journal Article referenced in paragraph 51 speaks for itself.

52.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 52 and, on that basis, denies the allegations in paragraph 52.  The Wall Street Journal Article referenced in paragraph 52 speaks for itself.

53.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 53 and, on that basis, denies the allegations in paragraph 53.

54.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 54 and, on that basis, denies the allegations in paragraph 54.

-7-

55.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 55 as they pertain to other individual defendants and, on that basis, denies those allegations.  As the allegations in paragraph 55 pertain to Franz, he denies those allegations.

56.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 56 and, on that basis, denies the allegations in paragraph 56.  The Form 8-K, press release, and Form 10-Q referenced in paragraph 56 speak for themselves.

57.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 57 and, on that basis, denies the allegations in paragraph 57.  The Form 10-Q referenced in paragraph 57 speaks for itself.

58.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 58 and, on that basis, denies the allegations in paragraph 58.  The Form 10-Q referenced in paragraph 58 speaks for itself.

59.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 59 as they pertain to other individual defendants and, on that basis, denies those allegations.  As the allegations in paragraph 59 pertain to Franz, he denies those allegations.  The Form 10-K/A referenced in paragraph 59 speaks for itself.

60.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 60 and, on that basis, denies the allegations in paragraph 60.  The Form 8-K, press release, and Form 10-Q referenced in paragraph 60 speak for themselves.

61.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 61 and, on that basis, denies the

/////

DLA PIPER LLP (US)
SAN DIEGO

WEST\21642011.1
361794-000001

allegations in paragraph 61.  The Form 10-Q referenced in paragraph 61 speaks for itself.

62.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 62 and, on that basis, denies the allegations in paragraph 62.  The Form 10-Q referenced in paragraph 62 speaks for itself.

63.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 63 as they pertain to other individual defendants and, on that basis, denies those allegations.  As the allegations in paragraph 63 pertain to Franz, he denies those allegations.  The Form 10-K/A referenced in paragraph 63 speaks for itself.

64.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 64 and, on that basis, denies the allegations in paragraph 64.  The Form 10-K referenced in paragraph 64 speaks for itself.

65.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 65 and, on that basis, denies the allegations in paragraph 65.  The Form 10-K referenced in paragraph 65 speaks for itself.

66.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 66 and, on that basis, denies the allegations in paragraph 66.  The Form 10-K referenced in paragraph 66 speaks for itself.

67.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 67 as they pertain to other individual defendants and, on that basis, denies those allegations.  As the allegations in paragraph 67 pertain to Franz, he denies those allegations.  The Form 10-K/A referenced in paragraph 67 speaks for itself.

-9-

68.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 68 and, on that basis, denies the allegations in paragraph 68.  The Form 10-K referenced in paragraph 68 speaks for itself.

69.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 69 and, on that basis, denies the allegations in paragraph 69.  The Form 8-K and press release referenced in paragraph 69 speak for themselves.

70.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 70 and, on that basis, denies the allegations in paragraph 70.  The Form 10-Q referenced in paragraph 70 speaks for itself.

71.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 71 and, on that basis, denies the allegations in paragraph 71.  The Form 10-Q referenced in paragraph 71 speaks for itself.

72.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 72 as they pertain to other individual defendants and, on that basis, denies those allegations.  As the allegations in paragraph 72 pertain to Franz, he denies those allegations.  The Form 10-K/A referenced in paragraph 72 speaks for itself.

73.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 73 and, on that basis, denies the allegations in paragraph 73.  The Form 8-K, press release, and Form 10-Q referenced in paragraph 73 speak for themselves.

74.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 74 and, on that basis, denies the

/////

-10-

allegations in paragraph 74.  The Form 10-Q referenced in paragraph 74 speaks for itself.

75.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 75 and, on that basis, denies the allegations in paragraph 75.  The Form 10-Q referenced in paragraph 75 speaks for itself.

76.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 76 as they pertain to other individual defendants and, on that basis, denies those allegations.  As the allegations in paragraph 76 pertain to Franz, he denies those allegations.  The Form 10-K/A referenced in paragraph 76 speaks for itself.

77.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 77 and, on that basis, denies the allegations in paragraph 77.  The Form 10-Q referenced in paragraph 77 speaks for itself.

78.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 78 and, on that basis, denies the allegations in paragraph 78.  The Form 8-K, press release, and Form 10-Q referenced in paragraph 78 speak for themselves.

79.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 79 and, on that basis, denies the allegations in paragraph 79.  The Form 10-Q referenced in paragraph 79 speaks for itself.

80.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 80 and, on that basis, denies the allegations in paragraph 80.  The Form 10-Q referenced in paragraph 80 speaks for itself.

/////

DLA PIPER LLP (US)
SAN DIEGO
WEST\21642011.1
361794-000001
CASE NO.  2:07-CV-07114-CAS (FMOx)

81.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 81 as they pertain to other individual defendants and, on that basis, denies those allegations.  As the allegations in paragraph 81 pertain to Franz, he denies those allegations.  The Form 10-K/A referenced in paragraph 81 speaks for itself.

82.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 82 and, on that basis, denies the allegations in paragraph 82.  The Form 10-Q referenced in paragraph 82 speaks for itself.

83.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 83 and, on that basis, denies the allegations in paragraph 83.  The Form 10-K referenced in paragraph 83 speaks for itself.

84.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 84 and, on that basis, denies the allegations in paragraph 84.  The Form 10-K referenced in paragraph 84 speaks for itself.

85.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 85 and, on that basis, denies the allegations in paragraph 85.  The Form 10-K referenced in paragraph 85 speaks for itself.

86.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 86 as they pertain to other individual defendants and, on that basis, denies those allegations.  As the allegations in paragraph 86 pertain to Franz, he denies those allegations.  The Form 10-K/A referenced in paragraph 86 speaks for itself.

87.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 87 and, on that basis, denies the

DLA PIPER LLP (US)
SAN DIEGO

WEST\21642011.1
361794-000001

CASE NO.  2:07-CV-07114-CAS (FMOx)

1    allegations in paragraph 87.  The Form 10-K referenced in paragraph 87 speaks for
2    itself.

3          88.    Franz is without knowledge or information sufficient to form a belief
4    as to the truth of the allegations in paragraph 88 and, on that basis, denies the
5    allegations in paragraph 88.  The Form 8-K, press release, and Form 10-Q
6    referenced in paragraph 88 speak for themselves.

7          89.    Franz is without knowledge or information sufficient to form a belief
8    as to the truth of the allegations in paragraph 89 and, on that basis, denies the
9    allegations in paragraph 89.  The Form 10-Q referenced in paragraph 89 speaks for
10   itself.

11         90.    Franz is without knowledge or information sufficient to form a belief
12   as to the truth of the allegations in paragraph 90 and, on that basis, denies the
13   allegations in paragraph 90.  The Form 10-Q referenced in paragraph 90 speaks for
14   itself.

15         91.    Franz is without knowledge or information sufficient to form a belief
16   as to the truth of the allegations in paragraph 91 as they pertain to other individual
17   defendants and, on that basis, denies those allegations.  As the allegations in
18   paragraph 91 pertain to Franz, he denies those allegations.  The Form 10-K/A
19   referenced in paragraph 91 speaks for itself.

20         92.    Franz is without knowledge or information sufficient to form a belief
21   as to the truth of the allegations in paragraph 92 and, on that basis, denies the
22   allegations in paragraph 92.  The Form 10-Q referenced in paragraph 92 speaks for
23   itself.

24         93.    Franz is without knowledge or information sufficient to form a belief
25   as to the truth of the allegations in paragraph 93 and, on that basis, denies the
26   allegations in paragraph 93.  The Form 8-K, press release and Form 10-Q
27   referenced in paragraph 93 speak for themselves.

28   /////

DLA PIPER LLP (US)
SAN DIEGO

WEST\21642011.1
361794-000001

-13-

CASE NO.  2:07-CV-07114-CAS (FMOx)

94.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 94 and, on that basis, denies the allegations in paragraph 94.  The Form 10-Q referenced in paragraph 94 speaks for itself.

95.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 95 as they pertain to other individual defendants and, on that basis, denies those allegations.  As the allegations in paragraph 95 pertain to Franz, he denies those allegations.  The Form 10-K/A referenced in paragraph 95 speaks for itself.

96.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 96 and, on that basis, denies the allegations in paragraph 96.  The Form 10-Q referenced in paragraph 96 speaks for itself.

97.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 97 and, on that basis, denies the allegations in paragraph 97.  The Form 8-K, press release, and Form 10-Q referenced in paragraph 97 speak for themselves.

98.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 98 and, on that basis, denies the allegations in paragraph 98.  The Form 10-Q referenced in paragraph 98 speaks for itself.

99.     Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 99 and, on that basis, denies the allegations in paragraph 99.  The Form 10-Q referenced in paragraph 99 speaks for itself.

100.   Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 100 as they pertain to other individual defendants and, on that basis, denies those allegations.  As the allegations in

DLA PIPER LLP (US)
SAN DIEGO

WEST\21642011.1
361794-000001

CASE NO.  2:07-CV-07114-CAS (FMOx)

paragraph 100 pertain to Franz, he denies those allegations.  The Form 10-K/A referenced in paragraph 100 speaks for itself.

101.   Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 101 and, on that basis, denies the allegations in paragraph 101.  The Form 10-Q referenced in paragraph 101 speaks for itself.

102.   Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 102 and, on that basis, denies the allegations in paragraph 102.  The Form 10-K referenced in paragraph 102 speaks for itself.

103.   Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 103 and, on that basis, denies the allegations in paragraph 103.  The Form 10-K referenced in paragraph 103 speaks for itself.

104.   Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 104 and, on that basis, denies the allegations in paragraph 104.  The Form 10-K referenced in paragraph 104 speaks for itself.

105.   Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 105 as they pertain to other individual defendants and, on that basis, denies those allegations.  As the allegations in paragraph 105 pertain to Franz, he denies those allegations.  The Form 10-K/A referenced in paragraph 105 speaks for itself.

106.   Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 106 and, on that basis, denies the allegations in paragraph 106.  The Form 10-K referenced in paragraph 106 speaks for itself.

/////

DLA PIPER LLP (US)
SAN DIEGO

WEST\21642011.1
361794-000001

CASE NO.  2:07-CV-07114-CAS (FMOx)

1    107.   Franz is without knowledge or information sufficient to form a belief

2    as to the truth of the allegations in paragraph 107 and, on that basis, denies the

3    allegations in paragraph 107.  The Form 8-K, press release, and Form 10-Q

4    referenced in paragraph 107 speak for themselves.

5    108.   Franz is without knowledge or information sufficient to form a belief

6    as to the truth of the allegations in paragraph 108 and, on that basis, denies the

7    allegations in paragraph 108.    The Form 10-Q referenced in paragraph 108 speaks

8    for itself.

9    109.   Franz is without knowledge or information sufficient to form a belief

10   as to the truth of the allegations in paragraph 109 and, on that basis, denies the

11   allegations in paragraph 109.  The Form 10-Q referenced in paragraph 109 speaks

12   for itself.

13   110.   Franz is without knowledge or information sufficient to form a belief

14   as to the truth of the allegations in paragraph 110 as they pertain to other individual

15   defendants and, on that basis, denies those allegations.  As the allegations in

16   paragraph 110 pertain to Franz, he denies those allegations.  The Form 10-K/A

17   referenced in paragraph 110 speaks for itself.

18   111.   Franz is without knowledge or information sufficient to form a belief

19   as to the truth of the allegations in paragraph 111 and, on that basis, denies the

20   allegations in paragraph 111.  The Form 10-Q referenced in paragraph 111 speaks

21   for itself.

22   112.   Franz is without knowledge or information sufficient to form a belief

23   as to the truth of the allegations in paragraph 112 and, on that basis, denies the

24   allegations in paragraph 112.  The Form 8-K, press release, and Form 10-Q

25   referenced in paragraph 112 speak for themselves.

26   113.   Franz is without knowledge or information sufficient to form a belief

27   as to the truth of the allegations in paragraph 113 and, on that basis, denies the

28   /////

-16-

1  allegations in paragraph 113.  The Form 10-Q referenced in paragraph 113 speaks
2  for itself.

3       114.   Franz is without knowledge or information sufficient to form a belief
4  as to the truth of the allegations in paragraph 114 and, on that basis, denies the
5  allegations in paragraph 114.  The Form 10-Q referenced in paragraph 114 speaks
6  for itself.

7       115.   Franz is without knowledge or information sufficient to form a belief
8  as to the truth of the allegations in paragraph 115 as they pertain to other individual
9  defendants and, on that basis, denies those allegations.  As the allegations in
10 paragraph 115 pertain to Franz, he denies those allegations.  The Form 10-K/A
11 referenced in paragraph 115 speaks for itself.

12      116.   Franz is without knowledge or information sufficient to form a belief
13 as to the truth of the allegations in paragraph 116 and, on that basis, denies the
14 allegations in paragraph 116.  The Form 10-Q referenced in paragraph 116 speaks
15 for itself.

16      117.   Franz is without knowledge or information sufficient to form a belief
17 as to the truth of the allegations in paragraph 117 and, on that basis, denies the
18 allegations in paragraph 117.  The Form 8-K, press release, and Form 10-Q
19 referenced in paragraph 117 speak for themselves.

20      118.   Franz is without knowledge or information sufficient to form a belief
21 as to the truth of the allegations in paragraph 118 and, on that basis, denies the
22 allegations in paragraph 118.  The Form 10-Q referenced in paragraph 118 speaks
23 for itself.

24      119.   Franz is without knowledge or information sufficient to form a belief
25 as to the truth of the allegations in paragraph 119 and, on that basis, denies the
26 allegations in paragraph 119.  The Form 10-Q referenced in paragraph 119 speaks
27 for itself.

28 /////

120.   Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 120 as they pertain to other individual defendants and, on that basis, denies those allegations.  As the allegations in paragraph 120 pertain to Franz, he denies those allegations.  The Form 10-K/A referenced in paragraph 120 speaks for itself.

121.   Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 121 and, on that basis, denies the allegations in paragraph 121.  The Form 10-Q referenced in paragraph 121 speaks for itself.

122.   Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 122 and, on that basis, denies the allegations in paragraph 122.  The Form 10-K referenced in paragraph 122 speaks for itself.

123.   Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 123 and, on that basis, denies the allegations in paragraph 123.  The Form 10-K referenced in paragraph 123 speaks for itself.

124.   Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 124 and, on that basis, denies the allegations in paragraph 124.  The Form 10-K referenced in paragraph 124 speaks for itself.

125.   Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 125 as they pertain to other individual defendants and, on that basis, denies those allegations.  As the allegations in paragraph 125 pertain to Franz, he denies those allegations.  The Form 10-K/A referenced in paragraph 125 speaks for itself.

126.   Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 126 and, on that basis, denies the

1    allegations in paragraph 126.  The Form 10-K referenced in paragraph 126 speaks
2    for itself.

3        127.   Franz is without knowledge or information sufficient to form a belief
4    as to the truth of the allegations in paragraph 127 and, on that basis, denies the
5    allegations in paragraph 127.  The report published by the Center for Financial
6    Research and Analysis ("CFRA report") speaks for itself.

7        128.   Franz is without knowledge or information sufficient to form a belief
8    as to the truth of the allegations in paragraph 128 and, on that basis, denies the
9    allegations in paragraph 128.  The letter from the Securities and Exchange
10   Commission ("SEC") and the press release referenced in paragraph 128 speak for
11   themselves.

12       129.   Franz is without knowledge or information sufficient to form a belief
13   as to the truth of the allegations in paragraph 129 and, on that basis, denies the
14   allegations in paragraph 129.  The Form 12b-25 referenced in paragraph 129 speaks
15   for itself.

16       130.   Franz is without knowledge or information sufficient to form a belief
17   as to the truth of the allegations in paragraph 130 and, on that basis, denies the
18   allegations in paragraph 130.  The press release referenced in paragraph 130 speaks
19   for itself.

20       131.   Franz is without knowledge or information sufficient to form a belief
21   as to the truth of the allegations in paragraph 131 and, on that basis, denies the
22   allegations in paragraph 131.  The press release referenced in paragraph 131 speaks
23   for itself.

24       132.   Franz is without knowledge or information sufficient to form a belief
25   as to the truth of the allegations in paragraph 132 and, on that basis, denies the
26   allegations in paragraph 132.  The Form 8-K referenced in paragraph 132 speaks
27   for itself.

28   /////

1   133.   Franz is without knowledge or information sufficient to form a belief

2   as to the truth of the allegations in paragraph 133 and, on that basis, denies the

3   allegations in paragraph 133.  The Form 8-K referenced in paragraph 133 speaks

4   for itself.

5   134.   Franz is without knowledge or information sufficient to form a belief

6   as to the truth of the allegations in paragraph 134 and, on that basis, denies the

7   allegations in paragraph 134.  The performance of Semtech's stock is a matter of

8   public record.

9   135.   Franz is without knowledge or information sufficient to form a belief

10   as to the truth of the allegations in paragraph 135 and, on that basis, denies the

11   allegations in paragraph 135.  The performance of Semtech's stock is a matter of

12   public record.

13   136.   Franz is without knowledge or information sufficient to form a belief

14   as to the truth of the allegations in paragraph 136 and, on that basis, denies the

15   allegations in paragraph 136.  The performance of Semtech's stock is a matter of

16   public record.

17   137.   Franz is without knowledge or information sufficient to form a belief

18   as to the truth of the allegations in paragraph 137 and, on that basis, denies the

19   allegations in paragraph 137.

20   138.   Franz is without knowledge or information sufficient to form a belief

21   as to the truth of the allegations in paragraph 138 and, on that basis, denies the

22   allegations in paragraph 138.  The press release referenced in paragraph 138 speaks

23   for itself.

24   139.   Franz is without knowledge or information sufficient to form a belief

25   as to the truth of the allegations in paragraph 139 and, on that basis, denies the

26   allegations in paragraph 139.  The Form 8-K referenced in paragraph 139 speaks

27   for itself.

28   /////

DLA PIPER LLP (US)
SAN DIEGO

-20-

WEST\21642011.1
361794-000001

CASE NO.  2:07-CV-07114-CAS (FMOx)

1        140.   Franz is without knowledge or information sufficient to form a belief

2    as to the truth of the allegations in paragraph 140 and, on that basis, denies the

3    allegations in paragraph 140.  The Form 8-K referenced in paragraph 140 speaks

4    for itself.

5        141.   Franz is without knowledge or information sufficient to form a belief

6    as to the truth of the allegations in paragraph 141 and, on that basis, denies the

7    allegations in paragraph 141.  The Form 10-K/A referenced in paragraph 141

8    speaks for itself.

9        142.   Franz is without knowledge or information sufficient to form a belief

10   as to the truth of the allegations in paragraph 142 and, on that basis, denies the

11   allegations in paragraph 142.  The Form 10-K/A referenced in paragraph 142

12   speaks for itself.

13       143.   Franz is without knowledge or information sufficient to form a belief

14   as to the truth of the allegations in paragraph 143 and, on that basis, denies the

15   allegations in paragraph 143.  The Form 10-K/A referenced in paragraph 143

16   speaks for itself.

17       144.   Franz is without knowledge or information sufficient to form a belief

18   as to the truth of the allegations in paragraph 144 and, on that basis, denies the

19   allegations in paragraph 144.  The Form 10-K/A referenced in paragraph 144

20   speaks for itself.

21       145.   Franz is without knowledge or information sufficient to form a belief

22   as to the truth of the allegations in paragraph 145 and, on that basis, denies the

23   allegations in paragraph 145.  The Form 10-K/A referenced in paragraph 145

24   speaks for itself.

25       146.   Franz is without knowledge or information sufficient to form a belief

26   as to the truth of the allegations in paragraph 146 and, on that basis, denies the

27   allegations in paragraph 146.  The Form 10-K/A referenced in paragraph 146

28   speaks for itself.

1    147.   Franz is without knowledge or information sufficient to form a belief
2    as to the truth of the allegations in paragraph 147 and, on that basis, denies the
3    allegations in paragraph 147.  The Form 10-K/A referenced in paragraph 147
4    speaks for itself.

5    148.   Franz is without knowledge or information sufficient to form a belief
6    as to the truth of the allegations in paragraph 148 and, on that basis, denies the
7    allegations in paragraph 148.  The Form 10-K/A referenced in paragraph 148
8    speaks for itself.

9    149.   Franz is without knowledge or information sufficient to form a belief
10   as to the truth of the allegations in paragraph 149 and, on that basis, denies the
11   allegations in paragraph 149.  The Form 10-K/A referenced in paragraph 149
12   speaks for itself.

13   150.   Franz is without knowledge or information sufficient to form a belief
14   as to the truth of the allegations in paragraph 150 and, on that basis, denies the
15   allegations in paragraph 150.  The Form 10-K/A referenced in paragraph 150
16   speaks for itself.

17   151.   Franz is without knowledge or information sufficient to form a belief
18   as to the truth of the allegations in paragraph 151 and, on that basis, denies the
19   allegations in paragraph 151.  The Form 10-K/A referenced in paragraph 151
20   speaks for itself.

21   152.   Franz is without knowledge or information sufficient to form a belief
22   as to the truth of the allegations in paragraph 152 and, on that basis, denies the
23   allegations in paragraph 152.  The Form 10-K/A referenced in paragraph 152
24   speaks for itself.

25   153.   Franz is without knowledge or information sufficient to form a belief
26   as to the truth of the allegations in paragraph 153 and, on that basis, denies the
27   allegations in paragraph 153.  The Form 10-K/A referenced in paragraph 153
28   speaks for itself.

1    154.   Franz is without knowledge or information sufficient to form a belief

2    as to the truth of the allegations in paragraph 154 and, on that basis, denies the

3    allegations in paragraph 154.

4    155.   Franz is without knowledge or information sufficient to form a belief

5    as to the truth of the allegations in paragraph 155 and, on that basis, denies the

6    allegations in paragraph 155.

7    156.   Franz is without knowledge or information sufficient to form a belief

8    as to the truth of the allegations in paragraph 156 and, on that basis, denies the

9    allegations in paragraph 156.

10   157.   Franz is without knowledge or information sufficient to form a belief

11   as to the truth of the allegations in paragraph 157 and, on that basis, denies the

12   allegations in paragraph 157.

13   158.   Franz is without knowledge or information sufficient to form a belief

14   as to the truth of the allegations in paragraph 158 and, on that basis, denies the

15   allegations in paragraph 158.

16   159.   Franz is without knowledge or information sufficient to form a belief

17   as to the truth of the allegations in paragraph 159 and, on that basis, denies the

18   allegations in paragraph 159.

19   160.   Franz is without knowledge or information sufficient to form a belief

20   as to the truth of the allegations in paragraph 160 and, on that basis, denies the

21   allegations in paragraph 160.

22   161.   Franz is without knowledge or information sufficient to form a belief

23   as to the truth of the allegations in paragraph 161 as they pertain to other individual

24   defendants and, on that basis, denies those allegations.  As the allegations in

25   paragraph 161 pertain to Franz, he denies those allegations.

26   162.   Franz is without knowledge or information sufficient to form a belief

27   as to the truth of the allegations in paragraph 162 and, on that basis, denies the

28   allegations in paragraph 162.

DLA PIPER LLP (US)
SAN DIEGO

WEST\21642011.1
361794-000001

CASE NO.  2:07-CV-07114-CAS (FMOx)

163.   The allegations in paragraph 163 are legal conclusions and do not require an admission or denial.  To the extent an admission or denial is required, Franz denies those allegations.

164.   Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 164 and, on that basis, denies the allegations in paragraph 164.

165.   Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 165 and, on that basis, denies the allegations in paragraph 165.  SEC Rule 4-01(a) of SEC Regulation S-X speaks for itself.

166.   Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 166 and, on that basis, denies the allegations in paragraph 166.  The AICPA auditing standard referenced in paragraph 166 speaks for itself.

167.   Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 167 as they pertain to other individual defendants and, on that basis, denies those allegations.  As the allegations in paragraph 167 pertain to Franz, he denies those allegations.

168.   Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 168 and, on that basis, denies the allegations in paragraph 168.  The Public Statements by Corporate Representatives referenced in paragraph 168 speak for themselves.

169.   Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 169 and, on that basis, denies the allegations in paragraph 169.  The SEC regulations referenced in paragraph 169 speak for themselves.

170.   Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 170 and, on that basis, denies the

DLA Piper LLP (US)
SAN DIEGO

1   allegations in paragraph 170.  The Securities Act Release referenced in

2   paragraph 170 speaks for itself.

3       171.   Franz is without knowledge or information sufficient to form a belief

4   as to the truth of the allegations in paragraph 171 as they pertain to other individual

5   defendants and, on that basis, denies those allegations.  As the allegations in

6   paragraph 171 pertain to Franz, he denies those allegations.

7       172.   Franz is without knowledge or information sufficient to form a belief

8   as to the truth of the allegations in paragraph 172 and, on that basis, denies the

9   allegations in paragraph 172.  The Accounting Series Release referenced in

10  paragraph 172 speaks for itself.

11      173.   Franz is without knowledge or information sufficient to form a belief

12  as to the truth of the allegations in paragraph 173 as they pertain to other individual

13  defendants and, on that basis, denies those allegations.  As the allegations in

14  paragraph 173 pertain to Franz, he denies those allegations.

15      174.   The allegations in paragraph 174 are legal conclusions and do not

16  require an admission or denial.  To the extent an admission or denial is required,

17  Franz denies those allegations.  The Form 10-K and Form 10-Q referenced in

18  paragraph 174 speak for themselves.

19      175.   Franz is without knowledge or information sufficient to form a belief

20  as to the truth of the allegations in paragraph 175 and, on that basis, denies the

21  allegations in paragraph 175.  The SEC release referenced in paragraph 175 speaks

22  for itself.

23      176.   Franz is without knowledge or information sufficient to form a belief

24  as to the truth of the allegations in paragraph 176 as they pertain to other individual

25  defendants and, on that basis, denies those allegations.  As the allegations in

26  paragraph 176 pertain to Franz, he denies those allegations.

27  /////

28  /////

DLA PIPER LLP (US)
SAN DIEGO

WEST\21642011.1
361794-000001

CASE NO.  2:07-CV-07114-CAS (FMOx)

1   177.   Franz is without knowledge or information sufficient to form a belief

2   as to the truth of the allegations in paragraph 177 and, on that basis, denies the

3   allegations in paragraph 177.

4   178.   Franz is without knowledge or information sufficient to form a belief

5   as to the truth of the allegations in paragraph 178 and, on that basis, denies the

6   allegations in paragraph 178.

7   179.   Franz is without knowledge or information sufficient to form a belief

8   as to the truth of the allegations in paragraph 179 and, on that basis, denies the

9   allegations in paragraph 179.

10   180.   Franz is without knowledge or information sufficient to form a belief

11   as to the truth of the allegations in paragraph 180 and, on that basis, denies the

12   allegations in paragraph 180.  The Form 10-K/A referenced in paragraph 180

13   speaks for itself.

14   181.   Franz is without knowledge or information sufficient to form a belief

15   as to the truth of the allegations in paragraph 181 and, on that basis, denies the

16   allegations in paragraph 181.  The Form 10-K/A referenced in paragraph 181

17   speaks for itself.

18   182.   Franz is without knowledge or information sufficient to form a belief

19   as to the truth of the allegations in paragraph 182 and, on that basis, denies the

20   allegations in paragraph 182.  The Form 10-K/A referenced in paragraph 182

21   speaks for itself.

22   183.   Franz is without knowledge or information sufficient to form a belief

23   as to the truth of the allegations in paragraph 183 as they pertain to other individual

24   defendants and, on that basis, denies those allegations.  As the allegations in

25   paragraph 183 pertain to Franz, he denies those allegations.

26   184.   Franz is without knowledge or information sufficient to form a belief

27   as to the truth of the allegations in paragraph 184 and, on that basis, denies the

28   allegations in paragraph 184.

DLA PIPER LLP (US)
SAN DIEGO

WEST\21642011.1
361794-000001

CASE NO.  2:07-CV-07114-CAS (FMOx)

1    185.   Franz is without knowledge or information sufficient to form a belief

2    as to the truth of the allegations in paragraph 185 and, on that basis, denies the

3    allegations in paragraph 185.

4    186.   Franz is without knowledge or information sufficient to form a belief

5    as to the truth of the allegations in paragraph 186 and, on that basis, denies the

6    allegations in paragraph 186.

7    187.   Franz is without knowledge or information sufficient to form a belief

8    as to the truth of the allegations in paragraph 187 and, on that basis, denies the

9    allegations in paragraph 187.  The Forms 10-Q and 10-K referenced in

10   paragraph 187 speak for themselves.

11   188.   Franz is without knowledge or information sufficient to form a belief

12   as to the truth of the allegations in paragraph 188 and, on that basis, denies the

13   allegations in paragraph 188.

14   189.   Franz is without knowledge or information sufficient to form a belief

15   as to the truth of the allegations in paragraph 189 as they pertain to other individual

16   defendants and, on that basis, denies those allegations.  As the allegations in

17   paragraph 189 pertain to Franz, he denies those allegations.

18   190.   Franz is without knowledge or information sufficient to form a belief

19   as to the truth of the allegations in paragraph 190 as they pertain to other individual

20   defendants and, on that basis, denies those allegations.  As the allegations in

21   paragraph 190 pertain to Franz, he denies those allegations.

22   191.   Franz is without knowledge or information sufficient to form a belief

23   as to the truth of the allegations in paragraph 191 as they pertain to other individual

24   defendants and, on that basis, denies those allegations.  As the allegations in

25   paragraph 191 pertain to Franz, he denies those allegations.

26   192.   Franz is without knowledge or information sufficient to form a belief

27   as to the truth of the allegations in paragraph 192 as they pertain to other individual

28   /////

-27-

1    defendants and, on that basis, denies those allegations.  As the allegations in
2    paragraph 192 pertain to Franz, he denies those allegations.

3        193.   Franz is without knowledge or information sufficient to form a belief
4    as to the truth of the allegations in paragraph 193 and, on that basis, denies the
5    allegations in paragraph 193.

6        194.   Franz is without knowledge or information sufficient to form a belief
7    as to the truth of the allegations in paragraph 194 as they pertain to other individual
8    defendants and, on that basis, denies those allegations.  As the allegations in
9    paragraph 194 pertain to Franz, he denies those allegations.

10       195.   Franz is without knowledge or information sufficient to form a belief
11   as to the truth of the allegations in paragraph 195 as they pertain to other individual
12   defendants and, on that basis, denies those allegations.  As the allegations in
13   paragraph 195 pertain to Franz, he denies those allegations.

14       196.   Franz is without knowledge or information sufficient to form a belief
15   as to the truth of the allegations in paragraph 196 as they pertain to other individual
16   defendants and, on that basis, denies those allegations.  As the allegations in
17   paragraph 196 pertain to Franz, he denies those allegations.

18       197.   Franz is without knowledge or information sufficient to form a belief
19   as to the truth of the allegations in paragraph 197 and, on that basis, denies the
20   allegations in paragraph 197.

21       198.   Franz is without knowledge or information sufficient to form a belief
22   as to the truth of the allegations in paragraph 198 and, on that basis, denies the
23   allegations in paragraph 198.

24       199.   Franz is without knowledge or information sufficient to form a belief
25   as to the truth of the allegations in paragraph 199 and, on that basis, denies the
26   allegations in paragraph 199.

27   /////

28   /////

DLA PIPER LLP (US)
SAN DIEGO

WEST\21642011.1
361794-000001

CASE NO.  2:07-CV-07114-CAS (FMOx)

1    200.   The allegations in paragraph 200 are legal conclusions and do not

2    require an admission or denial.  To the extent an admission or denial is required,

3    Franz denies those allegations.

4    201.   Franz repeats and realleges each and every response set forth above as

5    though fully set forth herein.

6    202.   Franz is without knowledge or information sufficient to form a belief

7    as to the truth of the allegations in paragraph 202 as they pertain to other individual

8    defendants and, on that basis, denies those allegations.  As the allegations in

9    paragraph 202 pertain to Franz, he denies those allegations.

10    203.   Franz is without knowledge or information sufficient to form a belief

11    as to the truth of the allegations in paragraph 203 as they pertain to other individual

12    defendants and, on that basis, denies those allegations.  As the allegations in

13    paragraph 203 pertain to Franz, he denies those allegations.

14    204.   The allegations in paragraph 204 are legal conclusions to which no

15    admission or denial is required.  To the extent an admission or denial is required,

16    Franz denies those allegations.

17    205.   Franz is without knowledge or information sufficient to form a belief

18    as to the truth of the allegations in paragraph 205 as they pertain to other individual

19    defendants and, on that basis, denies those allegations.  As the allegations in

20    paragraph 205 pertain to Franz, he denies those allegations.

21    206.   Franz is without knowledge or information sufficient to form a belief

22    as to the truth of the allegations in paragraph 206 as they pertain to other individual

23    defendants and, on that basis, denies those allegations.  As the allegations in

24    paragraph 206 pertain to Franz, he denies those allegations.

25    207.   Franz is without knowledge or information sufficient to form a belief

26    as to the truth of the allegations in paragraph 207 as they pertain to other individual

27    defendants and, on that basis, denies those allegations.  As the allegations in

28    paragraph 207 pertain to Franz, he denies those allegations.

-29-

208.   Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 208 as they pertain to other individual defendants and, on that basis, denies those allegations.  As the allegations in paragraph 208 pertain to Franz, he denies those allegations.

209.   Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 209 as they pertain to other individual defendants and, on that basis, denies those allegations.  As the allegations in paragraph 209 pertain to Franz, he denies those allegations.

210.   Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 210 as they pertain to other individual defendants and, on that basis, denies those allegations.  As the allegations in paragraph 210 pertain to Franz, he denies those allegations.

211.   The allegations in paragraph 211 are legal conclusions to which no admission or denial is required.  To the extent an admission or denial is required, Franz denies those allegations.

212.   The allegations in paragraph 212 are legal conclusions to which no admission or denial is required.  To the extent an admission or denial is required, Franz denies those allegations.

213.   Franz repeats and realleges each and every response set forth above as though fully set forth herein.

214.   The allegations in paragraph 214 are legal conclusions to which no admission or denial is required.  To the extent an admission or denial is required, Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 214 as they pertain to other individual defendants and, on that basis, denies those allegations.  As the allegations in paragraph 214 pertain to Franz, he denies those allegations.

215.   Franz is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 215 as they pertain to other individual

DLA PIPER LLP (US)
SAN DIEGO
WEST\21642011.1
361794-000001

1   defendants and, on that basis, denies those allegations.  As the allegations in

2   paragraph 215 pertain to Franz, he denies those allegations.

3        216.   The allegations in paragraph 216 are legal conclusions to which no

4   admission or denial is required.  To the extent an admission or denial is required,

5   Franz denies those allegations.

6                          **AFFIRMATIVE DEFENSES**

7        Franz pleads the following affirmative defenses on information and belief.

8   To the extent any of these defenses express a denial of any element of a claim

9   against Franz, that expression does not indicate that Plaintiff is relieved of its

10  burden to prove all elements of any such claim.

11                       FIRST AFFIRMATIVE DEFENSE

12                          (Failure to State a Claim)

13       Each cause of action fails to state a claim for which relief may be granted.

14                      SECOND AFFIRMATIVE DEFENSE

15                            (Reliance on Others)

16       Franz was entitled to act, and in fact acted, in good faith reliance upon the

17  advice of: professionals and experts, including KMPG LLP, the Company's outside

18  auditor.

19                       THIRD AFFIRMATIVE DEFENSE

20                               (Justification)

21       Franz's conduct was at all times in good faith, reasonable, diligent, lawful,

22  justified, and/or privileged under the circumstances by the rule of justification.

23                      FOURTH AFFIRMATIVE DEFENSE

24                           (Equitable Defenses)

25       Each cause of action is barred by the doctrine of laches, waiver, estoppel,

26  relinquishment, release and/or abandonment.

27  /////

28  /////

DLA PIPER LLP (US)
SAN DIEGO

                                   -31-

1

<u>FIFTH AFFIRMATIVE DEFENSE</u>

2

(Statute of Limitations)

3

Each cause of action is barred by the applicable statute of limitations.

4

<u>SIXTH AFFIRMATIVE DEFENSE</u>

5

(Negative Causation)

6

Any decline in the value of Semtech's assets or stock price was not caused by

7

any act or omission of Franz.

8

<u>SEVENTH AFFIRMATIVE DEFENSE</u>

9

(Business Judgment Rule)

10

Plaintiff's claims fail, in whole or in part, because Franz's actions are

11

protected by the Business Judgment Rule.

12

<u>EIGHTH AFFIRMATIVE DEFENSE</u>

13

(Good Faith)

14

Franz cannot be liable as a control person under section 20(a) because he at

15

all relevant times acted in good faith and did not directly or indirectly induct any act

16

or acts constituting a violation or cause of action.

17

<u>NINTH AFFIRMATIVE DEFENSE</u>

18

(Safe Harbor)

19

The risks associated with investing in Semtech were adequately and

20

specifically disclosed and, therefore, Plaintiff's alleged claims are barred by the

21

Safe Harbor of the Private Securities Litigation Reform Act of 1995 and/or the

22

Bespeaks Caution doctrine.

23

<u>TENTH AFFIRMATIVE DEFENSE</u>

24

(Truth on the Market)

25

The material facts that were allegedly not disclosed during the alleged class

26

period were known to the market and, therefore, Plaintiff's alleged claims are

27

barred by the Truth on the Market doctrine.

28

/////

DLA PIPER LLP (US)
SAN DIEGO

WEST\21642011.1
361794-000001

CASE NO.  2:07-CV-07114-CAS (FMOx)

1

ELEVENTH AFFIRMATIVE DEFENSE

2

(Proportionate Liability)

3     Any recovery for damages allegedly incurred by members of the purported

4  Class is limited to the percentage of Franz's responsibility in proportion to the total

5  fault of all persons, whether or not named as parties to this action, who caused or

6  contributed to the alleged damages suffered by the purported Class, to the extent

7  that the securities laws require damages to be assessed according to proportionate

8  liability.

9

TWELFTH AFFIRMATIVE DEFENSE

10

(Failure to Mitigate)

11     Plaintiff failed to exercise reasonable diligence and care to mitigate their

12  alleged damages.

13

THIRTEENTH AFFIRMATIVE DEFENSE

14

(Contributory/Comparative Fault)

15     Plaintiff's claims are barred by, or the damages allegedly sustained by

16  Plaintiff are reduced by, contributory and/or comparative fault.

17

FOURTEENTH AFFIRMATIVE DEFENSE

18

(Lack of Standing)

19     Plaintiff and members of the putative class lack standing to bring any claim

20  against Franz.

21

FIFTEENTH AFFIRMATIVE DEFENSE

22

(Bespeaks Caution Doctrine)

23     Plaintiff's claims are barred by the bespeaks caution doctrine.

24

SIXTEENTH AFFIRMATIVE DEFENSE

25

(Intervening and Superseding Cause)

26     Plaintiff's claims are barred in whole or in part because Plaintiff's alleged

27  damages, if any, were the result of one or more intervening or superseding causes,

28  not attributable to Franz.

-33-

1  | <u>SEVENTEENTH AFFIRMATIVE DEFENSE</u>

2  | (Unclean Hands)

3  | Plaintiff's claims are barred by the doctrine of unclean hands.

4  | <u>EIGHTEENTH AFFIRMATIVE DEFENSE</u>

5  | (Unjust Enrichment)

6  | Plaintiff's claims are barred because recovery thereon would result in unjust

7  | enrichment.

8  | <u>NINETEENTH AFFIRMATIVE DEFENSE</u>

9  | (Assumption of Risk)

10  | Plaintiff's claims are barred in whole or in part because Plaintiff is not

11  | entitled to recover from Franz because Plaintiff knew or should have known the risk

12  | associated with its securities investment in Semtech, including but not limited to the

13  | stock market and other business factors, and assumed those risks when it purchased

14  | Semtech's stock.

15  | <u>TWENTIETH AFFIRMATIVE DEFENSE</u>

16  | (Lack of Materiality)

17  | Plaintiff's claims are barred in whole or in part because any allegedly false or

18  | misleading statements or omissions attributable to Franz were not material.

19  | <u>TWENTY-FIRST AFFIRMATIVE DEFENSE</u>

20  | (No Loss Causation)

21  | Plaintiff's claims are barred in whole or in part because of a lack of loss

22  | causation.

23  | <u>TWENTY-SECOND AFFIRMATIVE DEFENSE</u>

24  | (Lack of Reliance)

25  | Plaintiff's claims are barred in whole or in part because Plaintiff did not rely

26  | on any alleged material false or misleading statement or omission in the Complaint.

27  | /////

28  | /////

-34-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Due Diligence)

Plaintiff's claims are barred in whole or in part because Franz, after reasonable investigation and due diligence, did not know, and in the exercise of reasonable care could not have known or had reasonable grounds to believe at the time, that any misstatement or omission of material fact existed in the Forms 10-K, 10-Q, press releases, any other SEC filings, or any oral presentation made in connection with Semtech allegedly supporting Plaintiff's claims.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Lack of Transaction Causation)

Plaintiff's claims are barred in whole or in part because Plaintiffs did not rely on the purported market price of Semtech's stock in making investment decisions, and the market price of Semtech's stock was not inflated as a result of any alleged representation or omission made by Franz.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (90-Day Look Back and Damages)

Without admitting that Plaintiff suffered damages, or that Franz is or should be liable for any such damages, Franz asserts that any liability should be limited to the difference because Plaintiff's purchase price of Semtech's stock and the mean of the trading price of Semtech stock during the 90-day period beginning on the date of any corrective disclosure or other information disseminated to the market which is the basis for Plaintiff's claims, and any alleged liability of Franz reduced accordingly, pursuant to 15 U.S.C. § 78u-4(e).

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (No Control Person Liability)

Franz is not liable as a controlling person because no primary violation of the securities law has occurred.

/////

1            <u>TWENTY-SEVENTH AFFIRMATIVE DEFENSE</u>

2                     (Apportionment)

3        Without admitting that Plaintiff suffered damages in any amount, or that

4   Franz is or should be liable for any such damages, Franz asserts that his liability

5   should be apportioned according to his relative degree of fault, and any alleged

6   liability of Franz reduced accordingly.

7             <u>TWENTY-EIGHTH AFFIRMATIVE DEFENSE</u>

8                    (Other Defenses)

9        Franz reserves all rights to amend and supplement his answer and affirmative

10  defenses following the conclusion of discovery.

11       **PRAYER FOR RELIEF:**

12       Wherefore, Franz prays for the following relief:

13       1.     That Plaintiff's complaint be dismissed in its entirety with prejudice

14  and that all relief requested by lead plaintiff be denied with prejudice;

15       2.     That Franz be awarded costs, attorney's fees, and other fees, as is

16  legally equitable, to which he may be justly entitled and that the court deems just

17  and proper.

18

19  Dated:  February 19, 2009

20                           DLA PIPER LLP (US)

21

22                          By:  _/s/ Robert W. Brownlie_

23                             ROBERT W. BROWNLIE
                              JENNIFER M. FELDMAN

24                             NICK MORGAN
                              Attorneys for Defendant

25                             DAVID G. FRANZ, JR.

26

27

28