1

**K&L GATES LLP**
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California  90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Michael J. Quinn (SBN 198349)
 *michael.quinn@klgates.com*
Kevin S. Asfour (SBN 228993)
 *kevin.asfour@klgates.com*

Attorneys for John M. Baumann

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SEMTECH CORPORATION SECURITIES LITIGATION | Case No. 2:07-CV-07114-CAS (FMOX) |
| | **DEFENDANT BAUMANN'S ANSWER TO CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |
| | Assigned to the Hon. Christina A. Snyder |

**RECYCLED PAPER**

Pursuant to Rule 8 of the Federal Rules of Civil Procedure and the Court's January 14, 2009 Order, Defendant John Baumann ("Baumann"), for himself and no others, hereby answers the Consolidated Amended Class Action Complaint (the "Complaint").  The paragraph numbers of Baumann's responses set forth below correspond to the paragraph numbering of the Complaint.  Pursuant to Rule 8(b)(3) of the Federal Rules of Civil Procedure, Baumann denies all allegations of the Complaint except those specifically admitted below.

1.      Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

2.      Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

3.      Baumann admits that Lead Plaintiff purports to bring this action as a class action on behalf of those who purchased securities of Semtech Corporation ("Semtech") during the period from August 27, 2002 to July 19, 2006.  Baumann denies all other allegations of this paragraph.

4.      Baumann denies all allegations of this paragraph.

5.      Baumann admits that the term "backdating," in the context of stock options, is sometimes used to refer to the granting of stock options at a date that is later than the date upon which the grant is reported to have occurred.  Baumann denies all other allegations of this paragraph.

6.      Baumann denies all allegations of this paragraph.

7.      Baumann admits that an SEC inquiry and grand jury investigation were commenced in 2006.  Baumann admits that Semtech restated various financial statements.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

8.      Baumann admits that Semtech's stock price closed at $16.05 on May 19, 2006.  Baumann admits that Semtech's stock price closed at $15.36 on May 22, 2006,

1

1  having traded at a volume of over 1.2 million shares for the day.  Baumann admits that
2  Semtech's stock price closed at $15.27 on May 23, 2006, having traded at a volume of
3  over 1.3 million shares for the day.  Baumann lacks knowledge or information
4  sufficient to form a belief about the truth of all other allegations of this paragraph, and
5  therefore denies them.

6       9.     Baumann admits that Semtech's stock price closed at $14.90 on June 13,
7  2006.  Baumann admits that Semtech's stock price closed at $15.12 on June 12, 2006.
8  Baumann admits that Semtech's stock price closed at $14.60 on June 15, 2006, having
9  traded at a volume of over 2.3 million shares for the day.  Baumann admits that
10  Semtech's stock price closed at $14.40 on June 16, 2006, having traded at a volume of
11  over 2.1 million shares for the day.  Baumann admits that Semtech's stock price closed
12  at $14.26 on June 19, 2006.  Baumann denies all other allegations of this paragraph.

13       10.     Baumann admits that Semtech announced an intention to restate historical
14  financial statements on July 20, 2006.  Baumann admits that Semtech's stock price
15  closed at $12.37 on July 20, 2006.  Baumann admits that Semtech's stock price closed
16  at $11.60 on July 21, 2006.  Baumann denies all other allegations of this paragraph.

17       11.     Baumann admits that Plaintiff purports to assert claims under 15 U.S.C.
18  §§ 78j(b) and 78t(a), and 17 C.F.R. § 240.10b-5.  Baumann denies all other allegations
19  of this paragraph.

20       12.     Baumann admits the allegations of this paragraph.

21       13.     Baumann admits that venue is proper in this judicial district.  Baumann
22  admits that Semtech maintained its headquarters in this district throughout the Class
23  Period.  Baumann denies all other allegations of this paragraph.

24       14.     Baumann lacks knowledge or information sufficient to form a belief about
25  the truth of the allegations of this paragraph pertaining to other individual defendants,
26  and therefore denies them.  Baumann denies all other allegations of this paragraph.

27       15.     Baumann lacks knowledge or information sufficient to form a belief about
28  the truth of the allegations of this paragraph, and therefore denies them.

**RECYCLED PAPER**

**Defendant Baumann's Answer to Consolidated Amended Class Action Complaint**

16.     Baumann admits the allegations of this paragraph.

17.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann denies all other allegations of this paragraph.

18.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann denies all other allegations of this paragraph.

19.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann denies all other allegations of this paragraph.

20.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann denies all other allegations of this paragraph.

21.     Baumann admits that he served as Semtech's Treasurer beginning in 1994.  Baumann admits that his employment by Semtech concluded on January 31, 2007.  Baumann admits that he sold 35,000 shares of Semtech stock during the class period for proceeds of approximately $728,000.  Baumann denies all other allegations of this paragraph.

22.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann denies all other allegations of this paragraph.

23.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann denies all other allegations of this paragraph.

24.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann admits that he was an officer of Semtech, a publicly held company whose shares are registered with the SEC pursuant to the

3

RECYCLED PAPER

1   Exchange Act, traded on the NASDAQ, and governed by the federal securities laws.

2   Baumann admits that Semtech and its management had a duty to be truthful and

3   accurate in their communications to investors.  Baumann denies all other allegations of

4   this paragraph.

5          25.    Baumann lacks knowledge or information sufficient to form a belief about

6   the truth of the allegations of this paragraph pertaining to other individual defendants,

7   and therefore denies them.  Baumann denies all other allegations of this paragraph.

8          26.    Baumann admits that Plaintiff purports to bring this action as a class

9   action, but denies that said action is proper.  Baumann denies all other allegations of

10  this paragraph.

11         27.    Baumann admits that Semtech shares were traded on the NASDAQ

12  throughout the Class Period.  Baumann lacks knowledge or information sufficient to

13  form a belief about the truth of all other allegations of this paragraph, and therefore

14  denies them.

15         28.    Baumann denies all allegations of this paragraph.

16         29.    Baumann lacks knowledge or information sufficient to form a belief about

17  the truth of the allegations of this paragraph, and therefore denies them.

18         30.    Baumann lacks knowledge or information sufficient to form a belief about

19  the truth of the allegations of this paragraph, and therefore denies them.

20         31.    Baumann lacks knowledge or information sufficient to form a belief about

21  the truth of the allegations of this paragraph, and therefore denies them.

22         32.    Baumann admits that a stock option is an agreement that allows the

23  optionee to purchase shares of particular stock at a predetermined price ("strike price")

24  at some date, or during some timeframe, in the future.  Baumann denies that a stock

25  option will always "yield a profit" if the market price exceeds the strike price when the

26  option is exercised.  Baumann lacks knowledge or information sufficient to form a

27  belief about the truth of all other allegations of this paragraph, and therefore denies

28  them.

RECYCLED PAPER

Defendant Baumann's Answer to Consolidated Amended Class Action Complaint

33.     The hypothetical scenario posited by Plaintiff is not an allegation of fact, and thus Baumann need not provide an answer thereto; Baumann denies the allegations on that basis, and further denies them on the ground that they present an incomplete hypothetical.  Baumann denies all other allegations of this paragraph.

34.     Baumann need not provide an answer to Plaintiff's purported legal conclusions, and denies all such allegations of this paragraph on that basis.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

35.     Baumann admits that Semtech granted stock options pursuant to various written stock option plans, which documents speak for themselves.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

36.     Baumann admits that Semtech granted stock options pursuant to various written stock option plans, which documents speak for themselves.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

37.     Baumann admits that Semtech granted stock options pursuant to various written stock option plans, which documents speak for themselves.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

38.     Baumann admits that Semtech granted stock options pursuant to various written stock option plans, which documents speak for themselves.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

39.     Baumann admits that Semtech granted stock options pursuant to various written stock option plans, which documents speak for themselves.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

RECYCLED PAPER

40.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann denies all other allegations of this paragraph.

41.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

42.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

43.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

44.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

45.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

46.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

47.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

48.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

49.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

50.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

51.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

52.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

**RECYCLED PAPER**

**Defendant Baumann's Answer to Consolidated Amended Class Action Complaint**

53.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

54.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

55.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann denies all other allegations of this paragraph.

56.     Baumann admits that Semtech filed a Form 8-K with the SEC on August 27, 2002, which document speaks for itself.  Baumann admits that Semtech filed a Form 10-Q with the SEC on September 11, 2002, which document speaks for itself. Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

57.     Baumann admits that Semtech filed a Form 10-Q with the SEC on September 11, 2002, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

58.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann admits that Semtech filed a Form 10-Q with the SEC on September 11, 2002, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

59.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

60.     Baumann admits that Semtech filed a Form 8-K with the SEC on or about November 25, 2002.  Baumann admits that Semtech issued a press release on November 25, 2002, which document speaks for itself.  Baumann admits that Semtech filed a Form 10-Q with the SEC on December 11, 2002, which document speaks for

RECYCLED PAPER

1   itself.  Baumann lacks knowledge or information sufficient to form a belief about the

2   truth of all other allegations of this paragraph, and therefore denies them.

3        61.    Baumann admits that Semtech filed a Form 10-Q with the SEC on

4   December 11, 2002, which document speaks for itself.  Baumann lacks knowledge or

5   information sufficient to form a belief about the truth of all other allegations of this

6   paragraph, and therefore denies them.

7        62.    Baumann lacks knowledge or information sufficient to form a belief about

8   the truth of the allegations of this paragraph pertaining to other individual defendants,

9   and therefore denies them.  Baumann admits that Semtech filed a Form 10-Q with the

10  SEC on December 11, 2002, which document speaks for itself.  Baumann lacks

11  knowledge or information sufficient to form a belief about the truth of all other

12  allegations of this paragraph, and therefore denies them.

13       63.    Baumann lacks knowledge or information sufficient to form a belief about

14  the truth of the allegations of this paragraph, and therefore denies them.

15       64.    Baumann admits that Semtech filed a Form 10-K with the SEC on April

16  24, 2003, which document speaks for itself.  Baumann lacks knowledge or information

17  sufficient to form a belief about the truth of all other allegations of this paragraph, and

18  therefore denies them.

19       65.    Baumann admits that Semtech filed a Form 10-K with the SEC on April

20  24, 2003, which document speaks for itself.  Baumann lacks knowledge or information

21  sufficient to form a belief about the truth of all other allegations of this paragraph, and

22  therefore denies them.

23       66.    Baumann admits that Semtech filed a Form 10-K with the SEC on April

24  24, 2003, which document speaks for itself.  Baumann lacks knowledge or information

25  sufficient to form a belief about the truth of all other allegations of this paragraph, and

26  therefore denies them.

27       67.    Baumann lacks knowledge or information sufficient to form a belief about

28  the truth of the allegations of this paragraph, and therefore denies them.

**RECYCLED PAPER**

68.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann admits that Semtech filed a Form 10-K with the SEC on April 24, 2003, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

69.     Baumann admits that Semtech filed a Form 8-K with the SEC on May 27, 2003, which document speaks for itself.  Baumann admits that Semtech issued a press release on May 27, 2003, which document speaks for itself.  Baumann admits that Semtech filed a Form 10-K with the SEC on June 11, 2003, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

70.     Baumann admits that Semtech filed a Form 10-K with the SEC on June 11, 2003, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

71.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann admits that Semtech filed a Form 10-K with the SEC on June 11, 2003, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

72.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

73.     Baumann admits that Semtech filed a Form 8-K with the SEC on August 26, 2003, which document speaks for itself.  Baumann admits that Semtech issued a press release on August 26, 2003, which document speaks for itself.  Baumann admits that Semtech filed a Form 10-Q with the SEC on September 10, 2003, which document

9

speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

74.    Baumann admits that Semtech filed a Form 10-Q with the SEC on September 10, 2003, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

75.    Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann admits that Semtech filed a Form 10-Q with the SEC on September 10, 2003, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

76.    Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

77.    Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann admits that Semtech filed a Form 10-Q with the SEC on September 10, 2003, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

78.    Baumann admits that Semtech filed a Form 8-K with the SEC on November 24, 2003, which document speaks for itself.  Baumann admits that Semtech issued a press release on November 24, 2003, which document speaks for itself.  Baumann admits that Semtech filed a Form 10-Q with the SEC on December 10, 2003, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

**RECYCLED PAPER**

**Defendant Baumann's Answer to Consolidated Amended Class Action Complaint**

79.     Baumann admits that Semtech filed a Form 10-Q with the SEC on December 10, 2003, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

80.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann admits that Semtech filed a Form 10-Q with the SEC on December 10, 2003, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

81.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

82.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann admits that Semtech filed a Form 10-Q with the SEC on December 10, 2003, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

83.     Baumann admits that Semtech filed a Form 10-K with the SEC on April 9, 2004, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

84.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann admits that Semtech filed a Form 10-K with the SEC on April 9, 2004, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

RECYCLED PAPER

85.     Baumann admits that Semtech filed a Form 10-K with the SEC on April 9, 2004, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

86.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

87.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann admits that Semtech filed a Form 10-K with the SEC on April 9, 2004, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

88.     Baumann admits that Semtech filed a Form 8-K with the SEC on May 25, 2004, which document speaks for itself.  Baumann admits that Semtech issued a press release on May 25, 2004, which document speaks for itself.  Baumann admits that Semtech filed a Form 10-Q with the SEC on June 4, 2004, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

89.     Baumann admits that Semtech filed a Form 10-Q with the SEC on June 4, 2004, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

90.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann admits that Semtech filed a Form 10-Q with the SEC on June 4, 2004, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

RECYCLED PAPER

91.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

92.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann admits that Semtech filed a Form 10-Q with the SEC on June 4, 2004, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

93.     Baumann admits that Semtech filed a Form 8-K with the SEC on August 24, 2004, which document speaks for itself.  Baumann admits that Semtech issued a press release on August 24, 2004, which document speaks for itself.  Baumann admits that Semtech filed a Form 10-Q with the SEC on September 3, 2004, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

94.     Baumann admits that Semtech filed a Form 10-Q with the SEC on September 3, 2004, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

95.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

96.     Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann admits that Semtech filed a Form 10-Q with the SEC on September 3, 2004, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

97.     Baumann admits that Semtech filed a Form 8-K with the SEC on November 29, 2004, which document speaks for itself.  Baumann admits that Semtech

RECYCLED PAPER

issued a press release on November 29, 2004, which document speaks for itself. Baumann admits that Semtech filed a Form 10-Q with the SEC on December 10, 2004, which document speaks for itself. Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

98. Baumann admits that Semtech filed a Form 10-Q with the SEC on December 10, 2004, which document speaks for itself. Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

99. Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them. Baumann admits that Semtech filed a Form 10-Q with the SEC on December 10, 2004, which document speaks for itself. Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

100. Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

101. Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them. Baumann admits that Semtech filed a Form 10-Q with the SEC on December 10, 2004, which document speaks for itself. Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

102. Baumann admits that Semtech filed a Form 10-K with the SEC on April 15, 2005, which document speaks for itself. Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

RECYCLED PAPER

103.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann admits that Semtech filed a Form 10-K with the SEC on April 15, 2005, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

104.   Baumann admits that Semtech filed a Form 10-K with the SEC on April 15, 2005, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

105.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

106.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann admits that Semtech filed a Form 10-K with the SEC on April 15, 2005, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

107.   Baumann admits that Semtech filed a Form 8-K with the SEC on May 31, 2005, which document speaks for itself.  Baumann admits that Semtech issued a press release on May 31, 2005, which document speaks for itself.  Baumann admits that Semtech filed a Form 10-Q with the SEC on June 10, 2005, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

108.   Baumann admits that Semtech filed a Form 10-Q with the SEC on June 10, 2005, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

RECYCLED PAPER

109.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann admits that Semtech filed a Form 10-Q with the SEC on June 10, 2005, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

110.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

111.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann admits that Semtech filed a Form 10-Q with the SEC on June 10, 2005, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

112.   Baumann admits that Semtech filed a Form 8-K with the SEC on August 30, 2005, which document speaks for itself.  Baumann admits that Semtech issued a press release on August 30, 2005, which document speaks for itself.  Baumann admits that Semtech filed a Form 10-Q with the SEC on September 9, 2005, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

113.   Baumann admits that Semtech filed a Form 10-Q with the SEC on September 9, 2005, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

114.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann admits that Semtech filed a Form 10-Q with the SEC on September 9, 2005, which document speaks for itself.  Baumann lacks

16

RECYCLED PAPER

knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

115.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

116.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann admits that Semtech filed a Form 10-Q with the SEC on September 9, 2005, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

117.   Baumann admits that Semtech filed a Form 8-K with the SEC on November 29, 2005, which document speaks for itself.  Baumann admits that Semtech issued a press release on November 29, 2005, which document speaks for itself.  Baumann admits that Semtech filed a Form 10-Q with the SEC on December 9, 2005, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

118.   Baumann admits that Semtech filed a Form 10-Q with the SEC on December 9, 2005, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

119.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann admits that Semtech filed a Form 10-Q with the SEC on December 9, 2005, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

RECYCLED PAPER

120.  Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

121.  Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann admits that Semtech filed a Form 10-Q with the SEC on December 9, 2005, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

122.  Baumann admits that Semtech filed a Form 10-K with the SEC on April 14, 2006, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

123.  Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann admits that Semtech filed a Form 10-K with the SEC on April 14, 2006, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

124.  Baumann admits that Semtech filed a Form 10-K with the SEC on April 14, 2006, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

125.  Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

126.  Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann admits that Semtech filed a Form 10-K with the SEC on April 14, 2006, which document speaks for itself.  Baumann lacks knowledge

18

RECYCLED PAPER

1  or information sufficient to form a belief about the truth of all other allegations of this

2  paragraph, and therefore denies them.

3      127.   Baumann lacks knowledge or information sufficient to form a belief about

4  the truth of the allegations of this paragraph, and therefore denies them.

5      128.   Baumann admits that Semtech issued a press release on May 22, 2006,

6  which document speaks for itself.  Baumann lacks knowledge or information sufficient

7  to form a belief about the truth of all other allegations of this paragraph, and therefore

8  denies them.

9      129.   Baumann admits that Semtech filed a Form 12b-25 with the SEC on June

10  9, 2006, which document speaks for itself.  Baumann lacks knowledge or information

11  sufficient to form a belief about the truth of all other allegations of this paragraph, and

12  therefore denies them.

13      130.   Baumann admits that Semtech issued a press release on June 14, 2006,

14  which document speaks for itself.  Baumann lacks knowledge or information sufficient

15  to form a belief about the truth of all other allegations of this paragraph, and therefore

16  denies them.

17      131.   Baumann admits that Semtech issued a press release on June 14, 2006,

18  which document speaks for itself.  Baumann lacks knowledge or information sufficient

19  to form a belief about the truth of all other allegations of this paragraph, and therefore

20  denies them.

21      132.   Baumann admits that Semtech filed a Form 8-K with the SEC on July 20,

22  2006, which document speaks for itself.  Baumann lacks knowledge or information

23  sufficient to form a belief about the truth of all other allegations of this paragraph, and

24  therefore denies them.

25      133.   Baumann admits that Semtech filed a Form 8-K with the SEC on July 20,

26  2006, which document speaks for itself.  Baumann lacks knowledge or information

27  sufficient to form a belief about the truth of all other allegations of this paragraph, and

28  therefore denies them.

RECYCLED PAPER

134.   Baumann admits that Semtech's stock price closed at $16.05 on May 19, 2006.  Baumann admits that Semtech's stock price closed at $15.36 on May 22, 2006, having traded at a volume of over 1.2 million shares for the day.  Baumann admits that Semtech's stock price closed at $15.27 on May 23, 2006, having traded at a volume of over 1.3 million shares for the day.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

135.   Baumann admits that Semtech's stock price closed at $14.90 on June 13, 2006.  Baumann admits that Semtech's stock price closed at $15.12 on June 12, 2006.  Baumann admits that Semtech's stock price closed at $14.60 on June 15, 2006, having traded at a volume of over 2.3 million shares for the day.  Baumann admits that Semtech's stock price closed at $14.40 on June 16, 2006, having traded at a volume of over 2.1 million shares for the day.  Baumann admits that Semtech's stock price closed at $14.26 on June 19, 2006.  Baumann denies all other allegations of this paragraph.

136.   Baumann admits that Semtech announced an intention to restate historical financial statements on July 20, 2006.  Baumann admits that Semtech's stock price closed at $12.37 on July 20, 2006.  Baumann admits that Semtech's stock price closed at $11.60 on July 21, 2006.  Baumann denies all other allegations of this paragraph.

137.   Baumann admits that Semtech announced various executive departures following the Class Period.  Baumann denies all other allegations of this paragraph.

138.   Baumann admits that Semtech issued a press release on August 25, 2006, which document speaks for itself.

139.   Baumann admits that Semtech filed a Form 8-K with the SEC on October 25, 2006, which document speaks for itself.

140.   Baumann admits that Semtech filed a Form 8-K with the SEC on November 8, 2006, which document speaks for itself.

141.   Baumann admits that Semtech filed a Form 10-K/A with the SEC on March 29, 2007, which document speaks for itself.  Baumann lacks knowledge or

information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

142.   Baumann admits that Semtech filed a Form 10-K/A with the SEC on March 29, 2007, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

143.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann admits that Semtech filed a Form 10-K/A with the SEC on March 29, 2007, which document speaks for itself.  Baumann denies all other allegations of this paragraph.

144.   Baumann admits that Semtech filed a Form 10-K/A with the SEC on March 29, 2007, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

145.   Baumann admits that Semtech filed a Form 10-K/A with the SEC on March 29, 2007, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

146.   Baumann admits that Semtech filed a Form 10-K/A with the SEC on March 29, 2007, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

147.   Baumann admits that Semtech filed a Form 10-K/A with the SEC on March 29, 2007, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

**RECYCLED PAPER**

**Defendant Baumann's Answer to Consolidated Amended Class Action Complaint**

148.   Baumann admits that Semtech filed a Form 10-K/A with the SEC on March 29, 2007, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

149.   Baumann admits that Semtech filed a Form 10-K/A with the SEC on March 29, 2007, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

150.   Baumann admits that Semtech filed a Form 10-K/A with the SEC on March 29, 2007, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

151.   Baumann admits that Semtech filed a Form 10-K/A with the SEC on March 29, 2007, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

152.   Baumann admits that Semtech filed a Form 10-K/A with the SEC on March 29, 2007, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

153.   Baumann admits that Semtech filed a Form 10-K/A with the SEC on March 29, 2007, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

154.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

155.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

RECYCLED PAPER

156.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

157.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

158.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

159.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

160.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

161.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann denies that he "timed" option grants.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

162.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

163.   Baumann need not provide an answer to Plaintiff's purported legal conclusions, and denies all such allegations of this paragraph on that basis.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

164.   Baumann admits that "GAAP" refers to generally accepted accounting principles.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

165.   The SEC's rules and regulations speak for themselves, and Baumann need not provide an answer to Plaintiff's purported legal interpretation thereof; Baumann denies the allegations of this paragraph on that basis.

RECYCLED PAPER

166.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

167.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann denies all other allegations of this paragraph.

168.   The SEC's rules, regulations and interpretive releases speak for themselves, and Baumann need not provide an answer to Plaintiff's purported legal interpretation thereof; Baumann denies the allegations of this paragraph on that basis.

169.   The SEC's rules, regulations and interpretive releases speak for themselves, and Baumann need not provide an answer to Plaintiff's purported legal interpretation thereof; Baumann denies the allegations of this paragraph on that basis.

170.   The SEC's rules, regulations and interpretive releases speak for themselves, and Baumann need not provide an answer to Plaintiff's purported legal interpretation thereof; Baumann denies the allegations of this paragraph on that basis.

171.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann denies all other allegations of this paragraph.

172.   The SEC's rules, regulations and interpretive releases speak for themselves, and Baumann need not provide an answer to Plaintiff's purported legal interpretation thereof; Baumann denies the allegations of this paragraph on that basis.

173.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann denies all other allegations of this paragraph.

174.   The SEC's rules, regulations and interpretive releases speak for themselves, and Baumann need not provide an answer to Plaintiff's purported legal interpretation thereof; Baumann denies the allegations of this paragraph on that basis.

**RECYCLED PAPER**

175.   The SEC's rules, regulations and interpretive releases speak for themselves, and Baumann need not provide an answer to Plaintiff's purported legal interpretation thereof; Baumann denies the allegations of this paragraph on that basis.

176.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

177.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

178.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

179.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

180.   Baumann admits that Semtech filed a Form 10-K/A with the SEC on March 29, 2007, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

181.   Baumann admits that Semtech filed a Form 10-K/A with the SEC on March 29, 2007, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

182.   Baumann admits that Semtech filed a Form 10-K/A with the SEC on March 29, 2007, which document speaks for itself.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

183.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann denies all other allegations of this paragraph.

184.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

RECYCLED PAPER

185.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

186.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

187.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

188.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph, and therefore denies them.

189.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann denies all other allegations of this paragraph.

190.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann denies all other allegations of this paragraph.

191.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann denies all other allegations of this paragraph.

192.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann denies all other allegations of this paragraph.

193.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to the character of the market upon which Semtech's shares traded, and therefore denies them.  Baumann denies all other allegations of this paragraph.

194.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann denies all other allegations of this paragraph.

RECYCLED PAPER

195.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann denies all other allegations of this paragraph.

196.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann denies all other allegations of this paragraph.

197.   Baumann denies the allegations of this paragraph.

198.   Baumann admits that Semtech filed periodic public reports with the SEC and the NASDAQ, and that Semtech's stock is traded on the NASDAQ.  Baumann lacks knowledge or information sufficient to form a belief about the truth of all other allegations of this paragraph, and therefore denies them.

199.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to the character of the market upon which Semtech's shares traded, and therefore denies them.  Baumann denies all other allegations of this paragraph.

200.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann denies all other allegations of this paragraph.

201.   Baumann repeats and realleges each and every response set forth above as though fully set forth herein.

202.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann denies all other allegations of this paragraph.

203.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann denies all other allegations of this paragraph.

204.   Baumann admits that Semtech and its management had a duty to be truthful and accurate in their communications to investors.  The SEC's rules and

RECYCLED PAPER

Defendant Baumann's Answer to Consolidated Amended Class Action Complaint

regulations speak for themselves, and Baumann need not provide an answer to Plaintiff's purported legal interpretation thereof; Baumann denies all other allegations of this paragraph on that basis.

205.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann denies all other allegations of this paragraph.

206.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann denies all other allegations of this paragraph.

207.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann admits that he served as Semtech's Treasurer, but denies that he was a "high-level executive."  Baumann denies all other allegations of this paragraph.

208.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann denies all other allegations of this paragraph.

209.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann denies all other allegations of this paragraph.

210.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann denies all other allegations of this paragraph.

211.   Baumann denies the allegations of this paragraph.

212.   Baumann denies the allegations of this paragraph.

213.   Baumann repeats and realleges each and every response set forth above as though fully set forth herein.

RECYCLED PAPER

214.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann admits that he served as Semtech's Treasurer, but denies that he was a "high-level executive."  Baumann denies all other allegations of this paragraph.

215.   Baumann lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph pertaining to other individual defendants, and therefore denies them.  Baumann denies all other allegations of this paragraph.

216.   Baumann denies the allegations of this paragraph.

## **AFFIRMATIVE DEFENSES**

Baumann asserts the following affirmative defenses on information and belief. In so doing, Baumann does not assume any burden of proof, persuasion, or production on such defenses where such burden would otherwise fall on Plaintiff.

### FIRST AFFIRMATIVE DEFENSE

As a separate affirmative defense to each and every purported claim, Baumann alleges that the claims alleged by Plaintiff are barred because the Complaint fails to allege facts sufficient to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

As a separate affirmative defense to each and every purported claim, Baumann alleges that the claims alleged by Plaintiff are barred by the applicable statutes of limitations and repose, including, without limitation, 28 U.S.C. § 1658(b).

### THIRD AFFIRMATIVE DEFENSE

As a separate affirmative defense to each and every purported claim, Baumann alleges that the claims alleged by Plaintiff are barred because any alleged untrue

RECYCLED PAPER

statement of material fact, omissions of material fact, misleading statements, or other challenged statements are rendered inactionable by the Private Securities Litigation Reform Act of 1995, including, without limitation, its Safe Harbor provisions.

## FOURTH AFFIRMATIVE DEFENSE

As a separate affirmative defense to each and every purported claim, Baumann alleges that the claims alleged by Plaintiff are barred because any alleged untrue statement of material fact, omissions of material fact, misleading statements, or other challenged statements are inactionable statements of opinion, optimism and/or puffery.

## FIFTH AFFIRMATIVE DEFENSE

As a separate affirmative defense to each and every purported claim, Baumann alleges that the claims alleged by Plaintiff are barred by the bespeaks caution doctrine.

## SIXTH AFFIRMATIVE DEFENSE

As a separate affirmative defense to each and every purported claim, Baumann alleges that the claims alleged by Plaintiff are barred because Plaintiff is not entitled to a presumption of reliance and has otherwise failed to plead reliance adequately with respect to any alleged representation or omission.

## SEVENTH AFFIRMATIVE DEFENSE

As a separate affirmative defense to each and every purported claim, Baumann alleges that the damages alleged by Plaintiff, if any such damages occurred, were caused by intervening and superseding causes, not attributable to Baumann.

## EIGHTH AFFIRMATIVE DEFENSE

As a separate affirmative defense to each and every purported claim, Baumann alleges that the matters alleged by Plaintiff to be the subject of misrepresentations or

omissions were publicly and prominently disclosed, and were otherwise available to Plaintiffs and/or the securities markets.

## NINTH AFFIRMATIVE DEFENSE

As a separate affirmative defense to each and every purported claim, Baumann alleges that the claims alleged by Plaintiff are barred to the extent that the alleged misrepresentations, if any, were made based on Defendants' reasonable reliance upon the advice of experts.

## TENTH AFFIRMATIVE DEFENSE

As a separate affirmative defense to each and every purported claim, Baumann alleges that the claims alleged by Plaintiff are barred because the members of the putative class failed to take reasonable steps to mitigate their damages, if any.

## ELEVENTH AFFIRMATIVE DEFENSE

As a separate affirmative defense to each and every purported claim, Baumann alleges that the claims alleged by Plaintiff are barred by the doctrine of res judicata.

## TWELFTH AFFIRMATIVE DEFENSE

As a separate affirmative defense to each and every purported claim, Baumann alleges that the claims alleged by Plaintiff are barred by the doctrine of collateral estoppel.

## THIRTEENTH AFFIRMATIVE DEFENSE

As a separate affirmative defense to each and every purported claim, Baumann alleges that the claims alleged by Plaintiff are barred by the doctrine of unclean hands.

**RECYCLED PAPER**

FOURTEENTH AFFIRMATIVE DEFENSE

As a separate affirmative defense to each and every purported claim, Baumann alleges that the claims alleged by Plaintiff are barred because recovery thereon would result in unjust enrichment.

FIFTEENTH AFFIRMATIVE DEFENSE

As a separate affirmative defense to each and every purported claim, Baumann alleges that the claims alleged by Plaintiff are barred by the assumption of the risk doctrine.

SIXTEENTH AFFIRMATIVE DEFENSE

As a separate affirmative defense to each and every purported claim, Baumann alleges that the claims alleged by Plaintiff are barred by the doctrine of laches.

SEVENTEENTH AFFIRMATIVE DEFENSE

As a separate affirmative defense to each and every purported claim, Baumann alleges that the claims alleged by Plaintiff are barred by the doctrine of estoppel.

EIGHTEENTH AFFIRMATIVE DEFENSE

As a separate affirmative defense to each and every purported claim, Baumann alleges that the claims alleged by Plaintiff have been released and/or waived.

NINETEENTH AFFIRMATIVE DEFENSE

As a separate affirmative defense to each and every purported claim, Baumann alleges that the claims alleged by Plaintiff are barred by the business judgment rule.

**RECYCLED PAPER**

## TWENTIETH AFFIRMATIVE DEFENSE

As a separate affirmative defense to each and every purported claim, Baumann alleges that any recovery of alleged damages from Baumann is limited to the proportion of his responsibility relative to the total fault of all persons, whether or not named as parties to this action, who caused or contributed to the alleged damages.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

As a separate affirmative defense to each and every purported claim, Baumann alleges that Plaintiff has not set out its claims with sufficient particularity to permit Baumann to raise all appropriate affirmative defenses.  Baumann has not knowingly or intentionally waived any applicable affirmative defenses, and Baumann reserves the right to assert and to rely upon additional defenses not stated here, including such other defenses as may become available or apparent, through discovery or otherwise.

WHEREFORE, Baumann prays for judgment on all claims as follows:

1.      That Plaintiff take nothing by its Complaint herein and that the same be dismissed with prejudice;

2.      That Baumann be awarded its costs of suit, including attorneys' fees, incurred herein;

3.      For such other and further relief as the Court deems just and proper.


K&L GATES LLP


Dated:  February 19, 2009            By:  /s/ Kevin S. Asfour
                                          Michael J. Quinn
                                          Kevin S. Asfour
                                          Attorneys for John M. Baumann

RECYCLED PAPER