FILED
CLERK, U.S. DISTRICT COURT

JUN 18 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT of CALIFORNIA

10

WESTERN DIVISION

11

12

| IN RE SEMTECH CORPORATION SECURITIES LITIGATION | CASE NO.  2:07-cv-07114-CAS (FMOx) |
|---|---|
| | [PROPOSED] ORDER REGARDING STIPULATION RE: CONFIDENTIAL AND PROTECTED INFORMATION |

13

14

15

16

Ctrm.:     5, 2nd Floor
Judge:     Hon. Christina A. Snyder

17

18

19

20

21

22

23

24

25

26

27

28

1    Upon stipulation of the parties, and good cause appearing, THE COURT

2    HEREBY ORDERS all terms of the Parties' Stipulation Re:  Confidential and

3    Protected Information filed on June 15, 2009.

4

5    **IT IS SO ORDERED.**

6

7    Dated:  6-18-09

8    HONORABLE JUDGE ~~CHRISTINA A. SNYDER~~
             UNITED STATES DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    LEGAL_US_W # 61871273.1

25

26

27

28

-1-