1  THOMAS A. ZACCARO (SB# 183241)
   (thomaszaccaro@paulhastings.com)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street, Twenty-Fifth Floor
3  Los Angeles, CA  90071-2228
   Telephone:  (213) 683-6000
4  Facsimile:  (213) 627-0705

5  CHRISTOPHER H. McGRATH (SB# 149129)
   (chrismcgrath@paulhastings.com)
6  MORGAN J. MILLER (SB# 207896)
   (morganmiller@paulhastings.com)
7  KIMBERLEY A. DONOHUE (SB# 247027)
   (kimberleydonohue@paulhastings.com)
8  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   4747 Executive Drive, 12th Floor
9  San Diego, CA  92121
   Telephone:  (858) 458-3000
10 Facsimile:  (858) 458-3005

11 Attorneys for Defendants
   *Semtech Corporation, Jason L. Carlson,*
12 *and Mohan R. Maheswaran*

13                UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15                      WESTERN DIVISION

| IN RE SEMTECH CORPORATION SECURITIES LITIGATION | CASE NO.  2:07-cv-07114-CAS (FMOx) |
|---|---|
| | **NOTICE OF MOTION BY SEMTECH CORPORATION TO QUASH AND/OR MODIFY SUBPOENA ISSUED BY PLAINTIFF TO ERNST & YOUNG LLP** |
| | Date:     September 9, 2009<br>Time:     10:00 a.m.<br>Ctrm.:    F<br>Judge:    Hon. Fernando M. Olguin |
| | Discovery Cut-Off:   August 9, 2010<br>Pre-Trial Conf.:     February 28, 2011<br>Trial Date:          March 29, 2011 |

1  **TO PLAINTIFF MISSISSIPPI PUBLIC EMPLOYEES' RETIREMENT**
2  **SYSTEM AND ITS ATTORNEYS OF RECORD:**
3       **PLEASE TAKE NOTICE THAT** on September 9, 2009 at 10:00 a.m., in
4  the United Stated District Court for the Central District of California, located at 312
5  North Spring Street, Los Angeles, California, before Honorable Magistrate Judge
6  Fernando M. Olguin in Courtroom F, Defendant Semtech Corporation ("Semtech"
7  or the "Company"), will and hereby does respectfully move the Court for an order
8  quashing and/or modifying the third party subpoena issued by Plaintiff Mississippi
9  Public Employees' Retirement System ("Plaintiff") to Ernst & Young LLP
10 ("E&Y"). In the alternative, Semtech requests that the Court issue a protective
11 order prohibiting the discovery sought.
12      This Motion is made on the grounds that Plaintiff's subpoena places an
13 undue burden on third party E&Y and seeks information and documents protected
14 by the attorney-client privilege and attorney work product doctrine.
15      This Motion is based on this Notice of Motion and Joint Stipulation of
16 Parties Pursuant to Local Rule 37-2, all papers and records on file in this case, and
17 such other evidence and arguments that may be presented at or before the hearing
18 on this Motion. In support of its Motion, Semtech submits the Declaration of
19 Matthew Snow in Support of Defendant Semtech Corporation's Motion to Quash
20 Subpoena Issued By Plaintiff to Ernst & Young LLP; the Declaration of Darryl P.
21 Rains in Support of Defendant Semtech Corporation's Motion to Quash Subpoena
22 Issued By Plaintiff to Ernst & Young LLP; the Declaration of Emmett C. Stanton in
23 Support of Defendant Semtech Corporation's Motion to Quash Subpoena Issued By
24 Plaintiff to Ernst & Young LLP; and the Declaration of Morgan J. Miller in Support
25 of Defendant Semtech Corporation's Motion to Quash and/or Modify Subpoena
26 Issued By Plaintiff to Ernst & Young LLP.
27
28

1 |      This Motion is made following a conference of counsel pursuant to Local Rule 37-1.

DATED:  August 18, 2009

CHRISTOPHER H. McGRATH
MORGAN J. MILLER
KIMBERLEY A. DONOHUE
PAUL, HASTINGS, JANOFSKY
   & WALKER LLP


By:  */s/Christopher H. McGrath*
        CHRISTOPHER H. McGRATH

4747 Executive Drive, 12th Floor
San Diego, CA  92121
Telephone:  (858) 458-3000
Facsimile:  (858) 458-3005

THOMAS A. ZACCARO
PAUL, HASTINGS, JANOFSKY
   & WALKER LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA  90071-2228
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

Attorneys for Defendants
*Semtech Corporation, Jason L. Carlson, and Mohan R. Maheswaran*

LEGAL_US_W # 62369214.1

-2-