1  MARK I. LABATON (SB# 159555)
   (mlabaton@kreindler.com)
2  KREINDLER & KREINDLER LLP
   707 Wilshire Blvd., Suite 4100
3  Los Angeles, CA  90017
   Telephone:  (213) 622-6469
4  Facsimile:  (213) 622-6019

5  J. ALLEN CARNEY
   (acarney@carneywilliams.com)
6  MARCUS N. BOZEMAN
   (mbozeman@carneywilliams.com)
7  RANDALL K. PULLIAM
   (rpulliam@carneywilliams.com)
8  CARNEY WILLIAMS BATES
       BOZEMAN & PULLIAM, PLLC
9  11311 Arcade Drive, Suite 200
   P.O. Box 25438
10 Little Rock, AR  72212
   Telephone:  (501) 312-8500
11 Facsimile:  (501) 312-8505

12 *Local and Lead Counsel for Plaintiff
   and the Class*
13

14                   UNITED STATES DISTRICT COURT
15                   CENTRAL DISTRICT OF CALIFORNIA
                           WESTERN DISTRICT
16

17

18 | IN RE SEMTECH CORPORATION | Case No. 07-cv-07114-CAS (FMOx) |
   | SECURITIES LITIGATION | |
19 | | CLASS ACTION |
20 | | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR REVIEW OF MAGISTRATE JUDGE'S ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY REQUESTED IN THE SUBPOENA ISSUED BY PLAINTIFF TO ERNST & YOUNG LLP** |
21 | | |
22 | | |
23 | | |
24 | | |
25 | | **DATE:  FEBRUARY 22, 2010 TIME:  10:00 A.M. PLACE:  COURTROOM OF THE HON.CHRISTINA A. SNYDER** |
26 | | |
27 | | **ORAL ARGUMENT REQUESTED** |

-1-

NOTICE OF MOTION AND MOTION FOR REVIEW OF MAGISTRATE'S JUDGE'S ORDER DENYING
PLAINTIFF'S MOTION TO COMPEL DISCOVERY

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on February 22, 2010, at 10:00 a.m. before the Honorable Christina A. Snyder, United States District Judge, in the United States District Court for the Central District of California, located at 312 No. Spring Street, Los Angeles, California, Plaintiff will and hereby does move the Court for review of the Magistrate Judge's Order, dated January 11, 2010, denying Plaintiff's Motion to Compel Discovery Requested in the Subpoena Issued by Plaintiff to Ernst & Young LLP.

This notice of motion and motion is made pursuant to Local Rule 72-2 and is based on the motion, Plaintiff's Objections and Motion for Review of Magistrate Judge's Order Denyign Plaintiff's Motion to Compel Discovery Requested in the Subpoena Isseud by Plaintiff to Ernst & Young LLP, filed concurrently herewith, the Declaration of Randall K. Pulliam, filed concurrently herewith in support of Plaintiff's motion and upon the entire record and all pleadings in the case and upon such oral argument as the Court may permit.

Dated:  January 25, 2010,

Respectfully submitted,

KREINDLER & KREINDLER LLP


By_____//s//_____
Mark I. Labaton
*Attorneys for Plaintiff*

-2-