MARK I. LABATON (SB# 159555)
KREINDLER & KRIENDLER LLP
707 Wilshire Blvd, Suite 4100
Los Angeles, CA 90017
Telephone: (213) 622-6469
Facsimile: (213) 62-6019
Email: mlabaton@kreindler.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: SEMTECH CORPORATION SECURITIES LITIGATION | Case No. CV 07-7114 CAS (FMOx) <br><br> **CLASS ACTION MATTER** <br><br> [Honorable Christina A. Snyder] <br><br> **NOTICE OF ERRATA REGARDING THE [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR REVIEW OF MAGISTRATE JUDGE'S ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY REQUESTED IN THE SUBPOENA ISSUED BY PLAINTIFF TO ERNST & YOUNG LLP** <br><br> Date: Feb. 22, 2010 <br> Time: 10:00 a.m. <br> Courtroom: 5 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE on January 25, 2010, plaintiff filed a Motion for Review of Magistrate Judge's Order Denying Plaintiff's Motion to Compel Discovery Requested in the Subpoena Issued by Plaintiff to Ernst & Young LLP. Due to an oversight, plaintiff neglected to file a proposed order. Attached hereto as Exhibit 1 is a [Proposed] Order for plaintiff's motion.

| | | |
|---|---|---|
| Dated: January 27, 2010 | | Respectfully submitted, |
| | By: | s/Mark I. Labaton |
| | | Mark I. Labaton |
| | | KREINDLER & KRIENDLER LLP |
| | | 707 Wilshire Blvd, Suite 4100 |
| | | Los Angeles, CA 90017 |
| | | Telephone: (213) 622-6469 |

J. Allen Carney
Randall K. Pulliam
CAULEY BOWMAN CARNEY & WILLIAMS PLLC
11311 Arcade Dr., Suite 200
Little Rock, AR 72212
Telephone: (501) 312-8500

J/ Burton LeBlanc
BARON & BUDD, P.C,
3102 Oak Lawn Ave., Ste 1100
Dallas, TX 75219
Telephone: (214) 521-3605

Johnathan Gardner
Brian Penny
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700

*Local and Lead Counsel for Plaintiff and Class*

# EXHIBIT 1

1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| IN RE: SEMTECH CORPORATION SECURITIES LITIGATION | Case No. 2:07-cv-07114-CAS (FMOx) |
| | **CLASS ACTION MATTER** |
| | [Honorable Christina A. Snyder] |
| | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR REVIEW OF MAGISTRATE JUDGE'S ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY REQUESTED IN THE SUBPOENA ISSUED BY PLAINTIFF TO ERNST & YOUNG LLP** |
| | Date: February 22, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom of the Hon. Christina A. Snyder |

[PROPOSED] ORDER GRANTING PLIFF'S MOT. FOR REVIEW
Case No. 2:07-cv-07114-CAS (FMOx)

Upon the motion of Lead Plaintiff for review of the Magistrate Judge's Order denying Plaintiff's Motion to Compel Discovery Pursuant to a Subpoena Issued by Plaintiff to Ernst and Young LLP in the above-referenced matter and the Court having considered all documents submitted in support of and in opposition to the motion and, good cause appearing therefore,

The Court hereby GRANTS lead plaintiff's motion for review of the Magistrate Judge's January 11, 2010 ruling.

IT IS SO ORDERED.

_____
The Hon. Christina A. Snyder
United States District Court Judge

| | |
|---|---|
| Dated: January 26, 2010 | Respectfully Submitted by: |

                                               /s/ Mark I. Labaton
                                                 MARK I. LABATON

KREINDLER & KREINDLER LLP

707 Wilshire Blvd., Suite 4100
Los Angeles, CA 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

ALLEN CARNEY
MARCUS BOZEMAN
RANDALL PULLIAM
CARNEY WILLIAMS BATES
   BOZEMAN & PULLIAM, PLLC
11311 Arcade Drive, Suite 200
P.O. Box 25438
Little Rock, AR 72212
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

BURTON LEBLANC
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181

JONATHAN GARDNER
BRIAN PENNY
LABATON & SUCHOROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Local and Lead Counsel for Plaintiff and the Class*