THOMAS A. ZACCARO (SB# 183241)
(thomaszaccaro@paulhastings.com)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA  90071-2228
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

CHRISTOPHER H. McGRATH (SB# 149129)
(chrismcgrath@paulhastings.com)
MORGAN J. MILLER (SB# 207896)
(morganmiller@paulhastings.com)
KIMBERLEY A. DONOHUE (SB# 247027)
(kimberleydonohue@paulhastings.com)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
4747 Executive Drive, 12th Floor
San Diego, CA  92121
Telephone:  (858) 458-3000
Facsimile:  (858) 458-3005

Attorneys for Defendants
Semtech Corporation, Jason L. Carlson,
and Mohan R. Maheswaran

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE SEMTECH CORPORATION SECURITIES LITIGATION | CASE NO.  2:07-cv-07114-CAS (FMOx)<br><br>~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' APPLICATION TO FILE UNDER SEAL DOCUMENTS DESIGNATED CONFIDENTIAL<br><br>Ctrm.:    5, 2nd Floor<br>Judge:    Hon. Christina A. Snyder |

The Court, having read and considered defendants Semtech Corporation, Jason L. Carlson and Mohan R. Maheswaran's Application to File Under Seal Documents Designated Confidential to be filed in connection with Defendants' Opposition to Lead Plaintiff's Motion for Class Certification, and good cause appearing, the Application is hereby GRANTED.

**IT IS SO ORDERED**.

DATED: 6/16/10

_Christina A. Snyder_
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT JUDGE

LEGAL_US_W # 64961124.1

-1-