MARK I. LABATON (SB# 159555)
(mlabaton@motleyrice.com)
MOTLEY RICE LLP
1801 Century Park East, #475
Los Angeles, CA 90067
Telephone: (310) 552-8109
Facsimile: (310) 552-8054

J. ALLEN CARNEY
(acarney@carneywilliams.com)
RANDALL K. PULLIAM
(rpulliam@carneywilliams.com)
CARNEY WILLIAMS BATES
BOZEMAN & PULLIAM, PLLC
11311 Arcade Drive, Suite 200
Little Rock, Arkansas 72212
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

*Local and Lead Counsel for*
*Lead Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| IN RE SEMTECH CORPORATION SECURITIES LITIGATION | CASE NO. 2:07-cv-07114 CAS (FMOx)<br><br>NOTICE OF LEAD PLAINTIFF'S APPLICATION FOR ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUNDS<br><br>Date: October 29, 2012<br>Time: 10:00 a.m.<br>Ctrm.: 5-2nd Floor |

TO DEFENDANTS AND ALL COUNSEL OF RECORD:

Please take notice that on October 29, 2011, at 10:00 a.m., and in the above indicated department of the above-entitled Court, Lead Plaintiff Mississippi Employees Retirement System, by and through its counsel, and pursuant to the Stipulation and Agreement of Settlement dated March 7, 2011 (the "Stipulation") and the exhibits attached thereto, will hereby apply to this Court for entry of an order authorizing distribution of the Settlement Fund to authorized claimants.

DATED: September 28, 2012

MARK I. LABATON
MOTLEY RICE LLP

BY: /s/ Mark I. Labaton

1801 Century Park East, #475
Los Angeles, CA 90067
Telephone: (310) 552-8109
Facsimile: (310) 552-8054

ALLEN CARNEY
MARCUS N. BOZEMAN
RANDALL K. PULLIAM
CARNEY WILLIAMS BATES
BOZEMAN & PULLIAM, PLLC
11311 Arcade Drive, Suite 200
P.O. Box 25438
Little Rock, AR 72212
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

BURTON LEBLANC
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181

*Local and Lead Counsel for Lead Plaintiff and the Class*